Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of California**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | __9__ __4__ – __2__ __6__ __7__ __9__ __9__ __4__ __3__ |

**4. Debtor's address**

**Principal place of business**

__150 Harbor Drive #1792__
Number    Street

__Sausalito, CA 94966__
City                    State    ZIP Code

__Marin__
County

**Mailing address, if different from principal place of business**

Number       Street

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

__No hard assets__

Number       Street

City                    State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | __omnirax.com__ |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 1 of 212

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

   __3__   __3__   __7__   __2__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY

          District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                            MM / DD / YYYY

        Case number, if known _____

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 2 of 212

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number        Street |
| | _____ |
| | _____ |
| | City                                    State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49   ☐ 50-99 | ☐ 1,000-5,000   ☐ 5,001-10,000 | ☐ 25,001-50,000   ☐ 50,000-100,000 |
|---|---|---|---|
| | ☐ 100-199   ☑ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

| 15. Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/13/2024__
          MM/ DD/ YYYY

**X** __/s/ Philip Zittell__                                   **Philip Zittell**
Signature of authorized representative of debtor         Printed name

Title              **President**

**18. Signature of attorney**

**X**         __/s/ Sheila Gropper Nelson__     Date __08/13/2024__
Signature of attorney for debtor                        MM/ DD/ YYYY

**Sheila Gropper Nelson**
Printed name

**Resolution Law Firm P. C.**
Firm name

**50 Osgood Place 5th Fl. 500**
Number      Street

**San Francisco**             **CA**    **94133**
City                      State    ZIP Code

                               shedoeslaw@aol.com
Contact phone                        Email address

**85031**                             **CA**
Bar number                        State

Debtor Name **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

United States Bankruptcy Court for the: **Northern** District of **California**
(State)

Case number (If known):

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bank of Marin** | **Checking account** | 7 2 7 5 | $55.70 |
| 3.2. **WestAmerica** | **Checking account** | 6 0 3 1 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ | _____
   4.2 _____ | _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$55.70**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ | _____

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 5 of 212

| | |
|---|---|
| 7.2  _____ | _____ |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | |
|---|---|
| 8.1  _____ | _____ |
| 8.2  _____ | _____ |

9.   **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| _____ |

| Part 3: | Accounts receivable |
|---|---|

10.   **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11.   **Accounts receivable**

11a. 90 days old or less:   _____  -  _____  = ....➡   _____
                            face amount           doubtful or uncollectible accounts

11b. Over 90 days old:      _____  -  _____  = ....➡   _____
                            face amount           doubtful or uncollectible accounts

12.   **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| _____ |

| Part 4: | Investments |
|---|---|

13.   **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1  _____ | _____ | _____ |
| 14.2  _____ | _____ | _____ |

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                           % of ownership:

| | | | |
|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 6 of 212

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable**
      **instruments not included in Part 1**

   Describe:

   16.1 _____          _____          _____

   16.2 _____          _____          _____

**17.** **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.          _____

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19.** **Raw materials** _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.          _____

**24.** **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 7 of 212

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| _____ |
|---|

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 8 of 212

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | _____ | _____ | _____ |
| 40. **Office fixtures** | | | |
| _____ | _____ | _____ | _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Older computers & monitors** | **unknown** | **Market** | **$1,500.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $1,500.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

Case: 24-30601   Doc# 1   Filed: 08/13/24   Entered: 08/13/24 18:45:06   Page 9 of 212

**48. Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____ _____ _____ _____

48.2 _____ _____ _____ _____

**49. Aircraft and accessories**

49.1 _____ _____ _____ _____

49.2 _____ _____ _____ _____

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____ _____ _____ _____

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.      [_____]

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      [_____]

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 10 of 212

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| prior registered trademarks | unknown | Market | unknown |
| 61. **Internet domain names and websites** | | | |
| domain names & websites | unknown | Market | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| CAD for design of custom furniture | unknown | Market | unknown |
| 65. **Goodwill** | | | |
| business acumen & goodwill | unknown | Market | unknown |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.       _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 11 of 212

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**

Description (include name of obligor)

_____        _____ – _____ = ➔        _____
Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____        Tax year _____        _____

_____        Tax year _____        _____

_____        Tax year _____        _____

**73.** **Interests in insurance policies or annuities**

_____        _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____        _____

Nature of claim        _____

Amount requested       _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____        _____

Nature of claim        _____

Amount requested       _____

**76.** **Trusts, equitable or future interests in property**

_____        _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____        _____

_____        _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.        _____

Case: 24-30601   Doc# 1   Filed: 08/13/24   Entered: 08/13/24 18:45:06   Page 12 of 212

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $55.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................... &#10142; | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $1,555.70 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................... | | $1,555.70 |

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 13 of 212

Debtor name __Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company__

United States Bankruptcy Court for the: __Northern__    District of __California__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

    ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    _____

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 14 of 212

Fill in this information to identify the case:

**Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

Debtor name _____

United States Bankruptcy Court for the:

**Northern District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address

**CA EDD**

**POB 826276**

**Sacramento, CA 94230-6276**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$7,369.29**

Priority amount: **$7,369.29**

**2.2**

Priority creditor's name and mailing address

**California Department Tax & Fee
Administration**

**Collection Support Bureau-
Bankruptcy Team MIC-74**

**POB 942879**

**CA 94279-0074**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**2nd Q 2023 = $10,731.01; 3rd Q
2023 = $3,778.86; 4thQ 2023 =
$2,371.81; & 1st Q 2024 = $467.88**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$17,349.58**

Priority amount: **$17,349.58**

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

---

**2.3**

**Priority creditor's name and mailing address**

**EDD**

**P.O. Box 826276**

**P.O. Box 826276**

**Sacramento, CA 94230-6276**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number ___ ___ ___ ___**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Period ending 12/31/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$217.23 | $217.23

---

**2.4**

**Priority creditor's name and mailing address**

**Internal Revenue Service**

**Ogden, UT 84201-0039**

**Ogden, UT 84201-0039**

**Date or dates debt was incurred**

**12/31/2023**

**Last 4 digits of account number 9 9 4 3**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Remarks: paid fiduciary taxes in full

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the Claim:**
negotiated balance paid

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00 | $0.00

---

**2.5**

**Priority creditor's name and mailing address**

**Marin County Tax Collector**

**PO Box 4220 Admin Bldg, Civic Center**

**San Rafael, CA 94913-4220**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number ___ ___ ___ ___**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,254.59 | $3,254.59

---

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* |
|---|---|---|
| | Name | |

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $7,500.00 |
|---|---|---|---|

Priority creditor's name and mailing address

**Resolution Law Firm P. C.**

**50 Osgood Place 5th Fl. 500**

**San Francisco, CA 94133**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**representation of client**

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) _____

**Remarks:**
balance and post filing fees as allowed by court

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**5 Elements Group**

**870 College Ave**

**Kentfield, CA 94904**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.2** Nonpriority creditor's name and mailing address

**8020 Inc.**

**1701 South 400 E**

**Columbia City, IN 46725**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.3** Nonpriority creditor's name and mailing address

**A&R Cleaning**

**1200 2nd St, #1**

**Novato, CA 94945**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.4** Nonpriority creditor's name and mailing address

**A.J. Fasteners, Inc.**

**2800 East Miraloma Avenue**

**Anaheim, CA 92806**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Aaron Brothers**

**Ste. 500**

**1221 S. Beltline Rd.**

**Coppell, TX 75019**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Ace Hardware**

**180 Marrydale RD**

**San Rafael, CA 94903**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**ADOBE**

**345 Park Ave.**

**San Jose, CA 95110**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**ADT Commercial LLC**

**P.O. Box 219044**

**Kansas City, MO 64121-9044**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $1,473.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☒ No
☐ Yes

---

Case: 24-30601    Doc# 1    Filed: 09/11/24    Entered: 09/11/24 18:45:06    Page 19 of 212

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| | | |
|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.9** Nonpriority creditor's name and mailing address

**Aerocargo Inc**

**PO Box 523474**

**Miami, FL 33152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$997.00**

Basis for the claim:  **business**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.10** Nonpriority creditor's name and mailing address

**AES Group Inc**

**4330 Redwood Hwy, Ste 100**

**San Rafael, CA 94903**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **business**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.11** Nonpriority creditor's name and mailing address

**Air Dale Compressors, Inc.**

**335 Barneveld Avenue**

**San Francisco, CA 94124-1319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **business**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  I __ . __ . __ . __

---

**3.12** Nonpriority creditor's name and mailing address

**AirBNB**

**888 Brannan St.**

**San Francisco, CA 94103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **business**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Case: 24-30601    Doc# 1    Filed: 09/12/24    Entered: 09/12/24 18:45:06    Page 20 of 212

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

<table>
<tr><td colspan="3">**Part 2:** Additional Page</td></tr>
</table>

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address

Alan Jewett

9630 Bruceville Rd, #106-109

Elk Grove, CA 95757

Date or dates debt was incurred _____

Last 4 digits of account number  i  c  e  s

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.14** Nonpriority creditor's name and mailing address

Alexis Keenan Video

POB 99255

Emeryville, CA 94662-9255

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.15** Nonpriority creditor's name and mailing address

All Coast Fabrication

1320 NW 15th Ave

Pompano Beach, FL 33069

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.16** Nonpriority creditor's name and mailing address

All Star Rents

501 Du Bois St.

San Rafael, CA 94901

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

Case: 24-30601    Doc# 1    Filed: 09/12/24    Entered: 09/12/24 18:45:06    Page 21 of 212

| Part 2: | Additional Page |
|---|---|

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Allen Heating & Sheet Metal**

**31 Industrial Way**

**Greenbrae, CA 94904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Aludec USA**

**PO Box 86**

**SDS 12-0709**

**Minneapolis, MN 55486-0709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Amazon.com**

**410 Terry Ave. N**

**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**American Machining LLC**

**1240 Yard Court-J**

**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

## Part 2:   Additional Page

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**American Office Furniture**

**140 Industrial Way**

**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,893.21 |

**Amex 1000**

**Box 0001**

**Los Angeles, CA 90096-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business credit card

Date or dates debt was incurred   _____

Last 4 digits of account number   4 0 0 0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,919.28 |

**Amex Plat**

**Post Office Box 0001**

**Los Angeles, CA 90096-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business credit card

Date or dates debt was incurred   _____

Last 4 digits of account number   5 0 0 2

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,379.14 |

**AmTrust-WC**

**PO Box 5849**

**Cleveland, OH 44101-0849**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred   _____

Last 4 digits of account number   7 3 6 3

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.25** Nonpriority creditor's name and mailing address

Andre Shishkin

203 Lena Lane

Petaluma, CA 94952

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.26** Nonpriority creditor's name and mailing address

Anthem Blue Cross

P.O. Box 54630

Los Angeles, CA 90054-0630

Date or dates debt was incurred

Last 4 digits of account number    6   0   9   7

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.27** Nonpriority creditor's name and mailing address

Apollo Caster

1500 Etna Avenue

Huntington, IN 46750

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.28** Nonpriority creditor's name and mailing address

Apple Store

One Apple Parkway

Cupertino, CA 95014

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

| Part 2: | Additional Page |
|---|---|

**3.29** Nonpriority creditor's name and mailing address

**Architectural Plastics, Inc.**

**1299 N. Mc Dowell Blvd.**

**Petaluma, CA 94954**

Date or dates debt was incurred _____

Last 4 digits of account number   U S A L

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.30** Nonpriority creditor's name and mailing address

**Aroma Cafe**

**1122 4th St.**

**San Rafael, CA 94901**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.31** Nonpriority creditor's name and mailing address

**ASM Precision Inc**

**613 Martin Avenue, Ste 106**

**Rohnert Park, CA 94928**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.32** Nonpriority creditor's name and mailing address

**AT&T**

**PO BOX 5025**

**Carol Stream, IL 60197-5025**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

Name

Case number *(if known)* _____

## Part 2: Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

**B&H Vendor**

**420 Ninth Avenue**

**New York, NY 10001**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

**Baja Fresh**

**205 Corte Madera Town Center**

**Corte Madera, CA 94925**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**Bank Direct**

**PO Box 660448**

**Dallas, TX 75266-0448**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**Bank of America 5568**

**P.O. Box 15796**

**Wilmington, DE 19886-5796**

Date or dates debt was incurred _____

Last 4 digits of account number **5 5 6 8**

As of the petition filing date, the claim is: $45,973.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business credit card**

Is the claim subject to offset?
☑ No
☐ Yes

Case: 24-30601    Doc# 1    Filed: 09/11/24    18:45:06    Page 26 of 212

Debtor    **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,054.77 |
|---|---|---|---|

**Bank of America 7011**

**P.O. Box 15019**

**Wilmington, DE 19886-5019**

Date or dates debt was incurred _____

Last 4 digits of account number    **7  0  1  1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business credit card**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,032.00 |
|---|---|---|---|

**Bay Cities Refuse**

**2525 Garden Tract Rd.**

**Richmond, CA 94801**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bayphoto.com**

**920 Disc Dr.**

**Scotts Valley, CA 95066**

Date or dates debt was incurred _____

Last 4 digits of account number    **6  4  8  2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bayside Cafe**

**1 Gate 6 Rd.**

**Sausalito, CA 94965**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.41**

Nonpriority creditor's name and mailing address

**Bed Bath & Beyond**

**650 Libery Ave**

**Union, NJ 7083**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

**3.42**

Nonpriority creditor's name and mailing address

**Bellow Press**

**POB 25147**

**Sarasota, FL 34277**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

**3.43**

Nonpriority creditor's name and mailing address

**Bench Craft Company**

**16600 SW 72nd Ave. Ste 10**

**Portland, OR 97224-7594**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

**3.44**

Nonpriority creditor's name and mailing address

**Best Buy**

**PO Box 60504**

**City of Industry, CA 91716-0504**

Date or dates debt was incurred _____

Last 4 digits of account number _E_ _+_ _1_ _5_

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

| Part 2: | Additional Page |
|---|---|

**3.45** Nonpriority creditor's name and mailing address

**Better Vacuum Cups, Inc.**

**4195 Chino Hills Parkway, #448**

**Chino Hills, CA 91709**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.46** Nonpriority creditor's name and mailing address

**Bierson Corporation**

**386 Bateman Dr.**

**Central Point, OR 97502**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.47** Nonpriority creditor's name and mailing address

**Blue Mountain eCards**

**2905 Wilderness Place**

**Boulder, CO 80301**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.48** Nonpriority creditor's name and mailing address

**Blueprint Logistics LLC**

**171 College Ave**

**Sheley Rabbai**

**Holland, MI 49423**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Case: 24-30601    Doc# 1    Filed: 09/13/24    Entered: 09/13/24 18:45:06    Page 29 of 212

| Part 2: | Additional Page |
|---|---|

**3.49** Nonpriority creditor's name and mailing address

**BNI By the Bay**

**146 Prospect Drive**

**San Rafael, CA 94901**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.50** Nonpriority creditor's name and mailing address

**Bob's Foam Factory**

**4055 Pestana Place**

**Fremont, CA 94538**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.51** Nonpriority creditor's name and mailing address

**BrandCrowd.com**

**Level 4, 2 Hill Street**

**Surry Hills 2010 Australia,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.52** Nonpriority creditor's name and mailing address

**Broadcasters General Store Total**

**2480 SE 52nd St**

**Ocala, FL 34480**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$39,296.92

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.53** Nonpriority creditor's name and mailing address

**Business Network International**

**1111 SE Federal Hghw**

**Stuart, FL 34994**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.54** Nonpriority creditor's name and mailing address

**Butler-Johnson Corporation**

**Ste. 130**

**2200 Zanker Rd.**

**San Jose, CA 95131**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.55** Nonpriority creditor's name and mailing address

**Byrne Electrical Specialists, Inc.**

**320 Byrne Industrial Drive**

**Rockford, MI 49341**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.56** Nonpriority creditor's name and mailing address

**CA DMV**

**POB 942890**

**Sacramento, CA 94290**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1.00

---

Case: 24-30601    Doc# 1    Filed: 08/30/24    Entered: 08/30/24 18:45:06    Page 31 of 212

| Part 2: | Additional Page |
|---------|-----------------|

**3.57** Nonpriority creditor's name and mailing address

**CableOrganizer.com**

**520 Lafayette Rd.**

**Sparta, NJ 7871**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **business**

Is the claim subject to offset?
☑ No
☐ Yes

**3.58** Nonpriority creditor's name and mailing address

**CalChamber**

**POB 398342**

**San Francisco, CA 94139-8342**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **business**

Is the claim subject to offset?
☑ No
☐ Yes

**3.59** Nonpriority creditor's name and mailing address

**Calendars.com**

**6411 Burleson Rd**

**c/o go retail group**

**Austin, TX 78744**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **business**

Is the claim subject to offset?
☑ No
☐ Yes

**3.60** Nonpriority creditor's name and mailing address

**California Chair**

**2841 Grand Ave.**

**c/o CoMotion LLC Company**

**Ventura, CA 93003**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **business**

Is the claim subject to offset?
☑ No
☐ Yes

Case: 24-30601    Doc# 1    Filed: 09/12/24    Entered: 09/12/24 18:45:06    Page 32 of 212

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

---

**3.61** | Nonpriority creditor's name and mailing address
**CalSavers**

POB 55759

Boston, MA 02205-5759

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.62** | Nonpriority creditor's name and mailing address
**Can Capital**

2015 Vaughn Rd, NW, Bldg 500

c/o Can Capital

Kennesaw, GA 30144

Date or dates debt was incurred _____

Last 4 digits of account number **2 2 3 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.63** | Nonpriority creditor's name and mailing address
**Car Rentals.com**

111 Expedia Group Way W.

Seattle, WA 98119

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.64** | Nonpriority creditor's name and mailing address
**Cardone Training Technologies Inc**

18909 NE 29th Ave

Aventura, FL 33180

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

## Part 2: Additional Page

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.65** Nonpriority creditor's name and mailing address

Carlos Aguilar {Vendor}

1662 Sequioia

Petaluma, CA 94954

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.66** Nonpriority creditor's name and mailing address

Cazzaniga Design

27 Villa Vista Court

Novato, CA 94947

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.67** Nonpriority creditor's name and mailing address

CED, Inc.

60 Golden Gate Drive

San Rafael, CA 94901

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.68** Nonpriority creditor's name and mailing address

Central Time Clock Inc

523 50th Ave.

Long Island City, NY 11101

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

| Part 2: | Additional Page |
|---|---|

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CertifyMe.Net**

**720 E. Flynn**

**Phoenix, AZ 85012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **business**

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CF Group**

**810 W. Hwy 25/70**

**Newport, TN 37821**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **business**

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CG River Inc.**

**14271 Jeffrey Rd. #351**

**Irvine, CA 92620**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **business**

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $767.34 |
|---|---|---|---|

**Charles McMurray Co**

**PO Box 569**

**Fresno, CA 93709**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **business**

Is the claim subject to offset?

Last 4 digits of account number  **8   4   7   9**

- ☑ No
- ☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.73** Nonpriority creditor's name and mailing address

**Charter Industries Extrusions, Inc.**

**3900 S Greenbrooke Dr SE**

**Kentwood, MI 49512**

Date or dates debt was incurred _____

Last 4 digits of account number  **4  5  3  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$6,549.77

---

**3.74** Nonpriority creditor's name and mailing address

**Chase 3957**

**P.O. Box 94014**

**Palatine, IL 60094-4014**

Date or dates debt was incurred _____

Last 4 digits of account number  **6  7  3  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business credit card**

Is the claim subject to offset?
☑ No
☐ Yes

$27,604.41

---

**3.75** Nonpriority creditor's name and mailing address

**Chase 9380**

**PO Box 94014**

**Palatine, IL 60094-4014**

Date or dates debt was incurred _____

Last 4 digits of account number  **9  5  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business credit card**

Is the claim subject to offset?
☑ No
☐ Yes

$29,161.64

---

**3.76** Nonpriority creditor's name and mailing address

**Cherryman Industries LLC**

**13611 Jurupa Ave**

**Fontana, CA 92337**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| Part 2: | Additional Page |
|---------|-----------------|

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CIM-Tech, Inc. {vendor}**

**7512 Dr. Phillips Blvd, Ste 50-859**

**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Citi Cards**

**PO Box 78045**

**Phoenix, AZ 85062-8045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: business credit card**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Sausalito**

**420 Litho St**

**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim: business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,635.28 |
|---|---|---|---|

**Clair Global Integration LLC Total**

**POB 396**

**Lititz, PA 17543**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim: business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| **Part 2:** | Additional Page |
|---|---|

---

**3.81** Nonpriority creditor's name and mailing address

**Claire Hurwitz**

**7 Nova Lane**

**Novato, CA 94945**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.82** Nonpriority creditor's name and mailing address

**Clinton Polley Insurance Brokers Inc**

**12150 Tributary Point Drive, Ste 200**

**Gold River, CA 95670**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.83** Nonpriority creditor's name and mailing address

**Comcast**

**P.O. Box 34744**

**Seattle, WA 98124-1744**

Date or dates debt was incurred    _____

Last 4 digits of account number    **E  +  1  5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$2,497.90

---

**3.84** Nonpriority creditor's name and mailing address

**Compel**

**7540 Roosevelt Rd**

**Forest Park, IL 60130**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Part 2: | Additional Page |
|---|---|

**3.85** Nonpriority creditor's name and mailing address

**Conner Construction, Inc.**

**522 5th St**

**Petaluma, CA 94953**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.86** Nonpriority creditor's name and mailing address

**Container Consulting Service, Inc.**

**455 Mayock Road**

**Gilroy, CA 95020**

Date or dates debt was incurred _____

Last 4 digits of account number __9_ _2_ _7_ _0_

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,050.58

---

**3.87** Nonpriority creditor's name and mailing address

**Copita Tequileria**

**739 Bridgeway**

**Sausalito, CA 94965**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.88** Nonpriority creditor's name and mailing address

**Corey Padnos**

**12 Arboleda Circle**

**Fairfax, CA 94930**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

| Part 2: | Additional Page |
|---|---|

---

**3.89**   Nonpriority creditor's name and mailing address

**Cor-O-Van Moving & Storage Co.**

**PO Box 840778**

**Los Angeles, CA 90084-0778**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.90**   Nonpriority creditor's name and mailing address

**Corporate Interior Solutions**

**25546 Seaboard Lane**

**c/o Jesus Silva**

**Hayward, CA 94545**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$1,010.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.91**   Nonpriority creditor's name and mailing address

**Costco**

**300 Vintage Way**

**Novato, CA 94945**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.92**   Nonpriority creditor's name and mailing address

**Covered California**

**PO Box 740167**

**Los Angeles, CA 90074-0167**

Date or dates debt was incurred    _____

Last 4 digits of account number    **1  2  2  3**

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Case: 24-30601    Doc# 1    Filed: 09/13/24    Entered: 09/13/24 18:45:06    Page 40 of 212

| Part 2: | Additional Page |
|---|---|

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Craigslist**

San Francisco, CA 94122-5159

San Francisco, CA 94122-5159

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Creative Safety Supply LLC**

8030 SW Nimbus Ave

Beaverton, OR 97008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crucial.com**

3475 E. Commercial Ct.

Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CT Promotions**

506 Fairway Drive

Novato, CA 94949

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Cumulus Media, Inc.**

**Suite 2200**

**3280 Peachtree Rd**

**Atlanta, GA 30305**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,085.00

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Custom Coasters Now**

**Ste. 200**

**400 Greenbriar Dr.**

**Stafford, TX 77477**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Dan Augusto**

**926 Grant Ave, #118**

**Surefire Locates/Plumbing LLC**

**Novato, CA 94945**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Danair, Inc.**

**PO Box 2577**

**Elko, NV 89803-2577**

Date or dates debt was incurred    _____

Last 4 digits of account number    U  S  C  A

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Part 2: | Additional Page |
|---|---|

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00
---|---|---|---

**3.101**

**Nonpriority creditor's name and mailing address**

Darios Restaurant

2829 Bridgeway

Sausalito, CA 94965

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

**3.102**

**Nonpriority creditor's name and mailing address**

David Holland

3 Magee Court

Moraga, CA 94556

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Remarks: unpaid wages

As of the petition filing date, the claim is:  **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

**3.103**

**Nonpriority creditor's name and mailing address**

David Pease

P.O. Box 751560

Petaluma, CA 94975

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

**3.104**

**Nonpriority creditor's name and mailing address**

David Romero Fuentes {Vendor}

1097 Simmons Ln

Novato, CA 94945

Date or dates debt was incurred  _____

Last 4 digits of account number  _n_ _s_ _e_ _s_

As of the petition filing date, the claim is:  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| | | | |
|---|---|---|---|
| **3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Deborah H. Murray** | ☐ Contingent | |
| | **204 Ellsworth St** | ☐ Unliquidated | |
| | **Bridgeport, CT 6605** | ☐ Disputed | |
| | | **Basis for the claim:** **business** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Deliveright.com** | ☐ Contingent | |
| | **176 Lfi Complex Lane** | ☐ Unliquidated | |
| | **Lexington, NC 27295** | ☐ Disputed | |
| | | **Basis for the claim:** **business** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$744.85** |
| | **Dell, Inc.** | ☐ Contingent | |
| | **POB 5275** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-5275** | ☐ Disputed | |
| | | **Basis for the claim:** **business** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __4_ _8_ _5_ _0_ | ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Deluxe** | ☐ Contingent | |
| | **P.O. Box 742572** | ☐ Unliquidated | |
| | **Cincinnati, OH 45274-2572** | ☐ Disputed | |
| | | **Basis for the claim:** **business** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __E_ _+_ _0_ _8_ | ☑ No ☐ Yes | |

Case: 24-30601    Doc# 1    Filed: 09/13/24    Entered: 09/13/24 18:45:06    Page 44 of 212

| Part 2: | Additional Page |
|---|---|

**3.109** **Nonpriority creditor's name and mailing address**

**DeMartini & Walker, LLP**

**175 N. Redwood Drive, Ste 250**

**San Rafael, CA 94903**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.110** **Nonpriority creditor's name and mailing address**

**DemeTech Corp**

**5980 Miami Lakes Dr**

**Miami Lakes, FL 3301**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.111** **Nonpriority creditor's name and mailing address**

**Detroit Nameplate Etching Co**

**10610 Galaxie**

**Ferndale, MI 48220**

Date or dates debt was incurred _____

Last 4 digits of account number ___5___ ___3___ ___5___ ___2___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.112** **Nonpriority creditor's name and mailing address**

**DHL Global Forwarding**

**PO BOX 742802**

**Los Angeles, CA 90074-2802**

Date or dates debt was incurred _____

Last 4 digits of account number ___E___ ___+___ ___0___ ___8___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

Name

Case number *(if known)* _____

---

| | |
|---|---|
| **3.113** | **Nonpriority creditor's name and mailing address** |

**Dia North Productions**

**336 Bon Air Ctr, #316**

**Greenbrae, CA 94904**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| | |
|---|---|
| **3.114** | **Nonpriority creditor's name and mailing address** |

**Discount Plastic Bags**

**Ste 120-151**

**7750 North MacArthur Blvd**

**Irving, TX 75063**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| | |
|---|---|
| **3.115** | **Nonpriority creditor's name and mailing address** |

**Discount Tire**

**1515 Sonoma Blvd.**

**Vallejo, CA 94590**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| | |
|---|---|
| **3.116** | **Nonpriority creditor's name and mailing address** |

**Disney Worldwide Shared Services Total**

**POB 10120**

**Lake Buena Vista, FL 32830**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$75,719.39

---

## Part 2: Additional Page

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DMS-South/Bailey Tool LLC**

**PO Box 1148**

**Lancaster, TX 75146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DMV Pull**

**PO Box 825339**

**Sacramento, CA 94232-5339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __2_ _2_ _6_ _8_

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DMV Renewal**

**PO Box 942897**

**Sacramento, CA 94297-0897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __5_ _2_ _4_ _9_

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Dotcom Computers Inc.**

**220 Paramount Dr. #1**

**Raynham, MA 2767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**3.121**

Nonpriority creditor's name and mailing address

**Doug Mockett & Company, Inc.**

**P.O. box 3333**

**Manhattan Beach, CA 90266**

Date or dates debt was incurred _____

Last 4 digits of account number  6  8  5  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.122**

Nonpriority creditor's name and mailing address

**Douglas Clark {Vendor}**

**405 Sequoia Dr**

**San Anselmo, CA 94960**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.123**

Nonpriority creditor's name and mailing address

**Douglas Corporation**

**9650 Valley View Road**

**Eden Prairie, MN 55344-3507**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.124**

Nonpriority creditor's name and mailing address

**Downing Heating & Air Conditioning**

**31 Industrial Way**

**Greenbrae, CA 94904**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Case: 24-30601   Doc# 1   Filed: 09/13/24   Entered: 09/13/24 18:45:06   Page 48 of 212

| Part 2: | Additional Page |
|---|---|

**3.125** | **Nonpriority creditor's name and mailing address**

DropBox.com

1800 Owens St

San Francisco, CA 94158

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.126** | **Nonpriority creditor's name and mailing address**

eBay

2025 Hamilton Ave

San Jose, CA 95125

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.127** | **Nonpriority creditor's name and mailing address**

Ecolab Inc.

PO Box 100512

Pasadena, CA 91189-0512

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.128** | **Nonpriority creditor's name and mailing address**

Eddie Friedman

1670 Rugby Rd

Schenectady, NY 12309

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Edwin Gutierrez

Apt 28

1348 Yukon Way

Novato, CA 94947

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Edwin Rodriguez {Vendor}

Apt 33

2985 McKenzie Dr.

Richmond, CA 94806

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Electronics Plus

823 4th St

San Rafael, CA 94901

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Emergencykits.com

775 Cochran St. Ste. F

Simi Valley, CA 93065

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

p

Case: 24-30601    Doc# 1    Filed: 09/12/24    Entered: 09/12/24 18:45:06    Page 50 of 212

| Part 2: | Additional Page |
|---|---|

---

**3.133** | **Nonpriority creditor's name and mailing address**

**Energy Management Technologies**

**28310-D Industrial Blvd**

**Hayward, CA 94545**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.134** | **Nonpriority creditor's name and mailing address**

**EnerSys, Inc.**

**1604 Solutions Center**

**Chicago, IL 60677-1006**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.135** | **Nonpriority creditor's name and mailing address**

**ESP Exotic and Specialty Products**

**2344 Marinship Way**

**Sausalito, CA 94965**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.136** | **Nonpriority creditor's name and mailing address**

**ExhibitIndexes.com**

**PO Box 567**

**Hopewell, NJ 8525**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Part 2: | Additional Page |
|---|---|

**3.137** | **Nonpriority creditor's name and mailing address**

**Exostar**

**Ste 600**

**2325 Dulles Corner Blvd.**

**Herndon, VA 20171**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**

**Express Services, Inc.**

**PO Box 844277**

**Los Angeles, CA 90084-4277**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**

**Factory Outlet Store LLC**

**1407 Broadway Ste 700**

**New York, NY 10018-3299**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**

**Family Research Council Total**

**801 G St. NW**

**Washington, DC 20001**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $32,703.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:  Additional Page

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**3.141**

**Nonpriority creditor's name and mailing address**

**Fastsigns**

**625-C Du Bois St**

**Matt Madrigali**

**San Rafael, CA 94901**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.142**

**Nonpriority creditor's name and mailing address**

**Federal Express**

**P.O. Box 7221**

**Pasadena, CA 91109-7321**

Date or dates debt was incurred _____

Last 4 digits of account number  3  8  -  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$252.76

---

**3.143**

**Nonpriority creditor's name and mailing address**

**FedEx Freight**

**P.O. Box 21415**

**Dept LA**

**Pasadena, CA 91185-1415**

Date or dates debt was incurred _____

Last 4 digits of account number  E  +  0  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.144**

**Nonpriority creditor's name and mailing address**

**FedEx Office**

**P.O. Box 672085**

**Dallas, TX 75267**

Date or dates debt was incurred _____

Last 4 digits of account number  9  5  3  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Case: 24-30601    Doc# 1    Filed: 08/21/24    Entered: 08/21/24 18:45:06    Page 53 of 212

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* _____ |
|--------|------------|--------|
| | Name | |

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|-------|---|---|---|

**Ferguson Enterprises**

**12500 Jefferson Ave**

**Newport News, VA 23606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|-------|---|---|---|

**Fernando's Auto Repair**

**35 Medway Road**

**San Rafael, CA 94901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|-------|---|---|---|

**Fire King**

**PO Box 1122**

**Novato, CA 94948**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|-------|---|---|---|

**Fire Supply Depot**

**8750 E Speedway Blvd #210**

**Tucson, AZ 85710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Part 2: | Additional Page |
|---|---|

---

**3.149** Nonpriority creditor's name and mailing address

**Fiserv**

**PO Box 2394**

**Omaha, NE 68103-2394**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
charge back processing entity: Mike Cashen ($3,736.39) &
Winnercomm Inc. ($6,456.94)

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$16,208.84

---

**3.150** Nonpriority creditor's name and mailing address

**Fitness Super Store**

**727 Franscisco Blvd E**

**San Rafael, CA 94901**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.151** Nonpriority creditor's name and mailing address

**Five Star Office Installations Inc**

**20714 Dairy Ave**

**Lester Prairie, MN 55354**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.152** Nonpriority creditor's name and mailing address

**Fiverr**

**Tel Aviv 6473409**

**8 Kaplan Street**

**Israel,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.153** | **Nonpriority creditor's name and mailing address**

**Flashbay, Inc.**

**Unit 500**

**569 Clyde Avenue**

**Mountain View, CA 94043**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.154** | **Nonpriority creditor's name and mailing address**

**Flywheel**

**Suite 300**

**1801 Porter Street**

**Baltimore, MD 21230**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.155** | **Nonpriority creditor's name and mailing address**

**Fonts.com**

**600 Unicorn Park Dr.**

**Woburn, MA 1801**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.156** | **Nonpriority creditor's name and mailing address**

**Forward Push Media**

**4426 Hugh Howell Rd**

**Marc Apple**

**Tucker, GA 30084**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**Part 2:** Additional Page

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Freeman**

6555 West Sunset Rd

Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Friant & Associates LLC**

PO Box 2037

San Leandro, CA 94577

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   N  0  0  1

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Friedman's Home Improvement**

Ste 100

1385 N. McDowell Blvd

Petaluma, CA 94954

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,069.99 |
|---|---|---|---|

**Front End Audio Total**

Ste. G

130 Hunter Village Dr.

Irmo, SC 29063

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

| Part 2: | Additional Page |
|---|---|

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Fry's Electronics Inc**

**600 E. Brokaw Rd.**

**San Jose, CA 95112-1006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Fulterer USA Inc.**

**542 Townsend Avenue**

**High Point, NC 27263**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Last 4 digits of account number  S  1  6  0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Fundation**

**Ste.100**

**11501 Sunset Hills Road**

**Reston, VA 20190**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,325.97 |
|---|---|---|---|

**Futbol de Primera Total**

**2828 Coral Way**

**Miami, FL 33145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**3.165** | Nonpriority creditor's name and mailing address

**Future US Inc**

**LA Box 22418**

**Dept Future**

**Pasadena, CA 91185-2418**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **business**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address

**Futurecast Finance**

**1770 Post St, #190**

**Diane Frernald**

**San Francisco, CA 94115**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **business**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address

**Gary Newman Design**

**2447 Burnside Road**

**Sebastopol, CA 95472**

Date or dates debt was incurred

Last 4 digits of account number   i c e s

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **business**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address

**Gateway Customs Brokers**

**1555 Venetian Blvd, Ste 1**

**Point Edward, Ontario Canada, N7T0A9**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **business**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.169** Nonpriority creditor's name and mailing address

**GCI Inc**

**875 Battery St, Flr 1**

**San Francisco, CA 94111**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.170** Nonpriority creditor's name and mailing address

**Gibraltar Inc**

**421 N. Centennial St**

**Zeeland, MI 49464**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.171** Nonpriority creditor's name and mailing address

**Gift Tree**

**Ste 120-B**

**1800 W. 4th Plain Blvd.**

**Vancouver, WA 98660**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.172** Nonpriority creditor's name and mailing address

**Global Industrial.com**

**29833 Network Place**

**Chicago, IL 60673-1298**

Date or dates debt was incurred _____

Last 4 digits of account number  4  2  9  3

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

## Part 2: Additional Page

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Globaltranz Enterprises, LLC

PO Box 203285

Dallas, TX 75320

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __business__

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

GoDaddy

2155 E. GoDaddy Way

Tempe, AZ

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __business__

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Goodman Building Supply

775 Redwood Highway

Mill Valley, CA 94941

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __business__

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __2  6  5  9__

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Google

1600 Amphitheatre

Mountain View, CA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __business__

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Case: 24-30601    Doc# 1    Filed: 09/13/24    Entered: 09/13/24 18:45:06    Page 61 of 212

## Part 2:  Additional Page

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.177** Nonpriority creditor's name and mailing address

**GoToMeeting**

**333 Summer Street 5th Fl**

**Boston, MA 2210**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.178** Nonpriority creditor's name and mailing address

**Grainger**

**DEPT. 810133645**

**Palatine, IL 60038-0001**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.179** Nonpriority creditor's name and mailing address

**Great Lakes Custom Tool Mfg., Inc.**

**PO Box 152**

**Peshtigo, WI 54157**

Date or dates debt was incurred _____

Last 4 digits of account number  **L  I  T  O**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.180** Nonpriority creditor's name and mailing address

**Great Openings**

**PO Box 30516**

**Dept. for Lockbox: 9521-11**

**Lansing, MI 48909-8016**

Date or dates debt was incurred _____

Last 4 digits of account number  **6  5  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$5,093.71

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

## Part 2: Additional Page

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.181** Nonpriority creditor's name and mailing address

Green With Envy

70 Chalda Court

San Rafael, CA 94903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

$0.00

---

**3.182** Nonpriority creditor's name and mailing address

Grohe Florist

4745 Old Redwood Hwy

Santa Rosa, CA 95403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

$0.00

---

**3.183** Nonpriority creditor's name and mailing address

GTI SPindle Technology, Inc.

33 Zachary Road

Manchester, NH 3109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

$0.00

---

**3.184** Nonpriority creditor's name and mailing address

Hafele America Co.

PO Box 890779

Charlotte, NC 28289-0779

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 5 4 4 8

$3,086.14

| Debtor | Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.185** Nonpriority creditor's name and mailing address

Harbor Drive Associates

707 C St

San Rafael, CA 94901

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186** Nonpriority creditor's name and mailing address

Harbor Freight Tools

2001 Solano Ave

Vallejo, CA 94590

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.187** Nonpriority creditor's name and mailing address

Hardware Concepts, Inc.

3758 NW 54th St

Miami, FL 33142

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188** Nonpriority creditor's name and mailing address

Hardwoods USLP

PO Box 741685

Los Angeles, CA 90074-1685

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

**3.189** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

Harry & David

2500 S. Pacific Hghwy

Medford, OR 97501-2675

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

Hartford, The

PO Box 913385

Denver, CO 90291-3385

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

HAT Contract

L-4276

Columbus, OH 43260-4276

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$45,067.18**
*Check all that apply.*

Highland Capital Corporation

Robert Hornby, Esq.
Chiesa, Shahinian, & Glantomasi P.C.
(civil complaint LCV 2024615915)

105 Eisenhower Parkway

Roseland, NJ 07068

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Assignment of financing contract for**

Basis for the claim:  **the KOMO machine**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Duplicate claim for KOMO machine (offset against total debt by resale of machine by creditor)

| **Part 2:** | Additional Page |
| --- | --- |

**3.193** **Nonpriority creditor's name and mailing address**

Holiday Inn Express

5655 Willmington Pike

Centerville, OH 45459

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**

Home Depot

111 Shorline Parkway

San Rafael, CA 94901

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  7  2

**As of the petition filing date, the claim is:**   $6,515.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195** **Nonpriority creditor's name and mailing address**

Hon Accessories

200 Oak Street

Muscatine, IL 52761

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**

Hurley Moving & Storage, Inc.

5816 NW Burney St

Port Saint Lucie, FL 34986

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.197** Nonpriority creditor's name and mailing address

**Hydraulic Electro Service**

**9910 Edes Ave**

**Oakland, CA 94603**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.198** Nonpriority creditor's name and mailing address

**id8 {Vendor}**

**30 South Park Square, Ste 201**

**DBA: id8**

**Marietta, GA 30060**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

**3.199** Nonpriority creditor's name and mailing address

**Idea 247 Inc.**

**Ste. 703**

**200 SE 1st St.**

**Miami, FL 33131**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$41,785.58**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

**3.200** Nonpriority creditor's name and mailing address

**Impact Partnership Total**

**100 Impact Circle**

**Pinemountain, GA 31822**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$13,526.22**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| | | |
|---|---|---|
| **3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |
| | **Impekk** | *Check all that apply.* |
| | | ☐ Contingent |
| | **3500 de Maisonneuve w, Ste #1510** | ☐ Unliquidated |
| | **Montreal Quebec, H3Z 3C1** | ☐ Disputed |
| | | **Basis for the claim:** business |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number __ 3  C  1 | ☐ Yes |
| **3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |
| | **IN Office Furniture Inc** | *Check all that apply.* |
| | | ☐ Contingent |
| | **PO Box 230967** | ☐ Unliquidated |
| | **Tigard, OR 97281** | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes |
| **3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |
| | **In Stock Labels.com** | *Check all that apply.* |
| | | ☐ Contingent |
| | **3789 S. 300 W** | ☐ Unliquidated |
| | **Salt Lake City, UT 84115** | ☐ Disputed |
| | | **Basis for the claim:** business |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes |
| **3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |
| | **Innovative Office Products LLC** | *Check all that apply.* |
| | | ☐ Contingent |
| | **100 Kuebler Road** | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Attn: Customer Service** | **Basis for the claim:** business |
| | **Easton, PA 18040** | **Is the claim subject to offset?** |
| | | ☑ No |
| | Date or dates debt was incurred _____ | ☐ Yes |
| | Last 4 digits of account number  5  1  7  7 | |

Case: 24-30601   Doc# 1   Filed: 09/11/24   Entered: 09/11/24 18:45:06   Page 68 of 212

| Part 2: | Additional Page |
|---|---|

**3.205** | **Nonpriority creditor's name and mailing address**

**Inside Source**

**PO Box 45228**

**San Francisco, CA 94145-0228**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**

**Intuit**

**22 4th Street**

**San Francisco, CA 94103**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address**

**Iowa Public Radio Total**

**Suite 100**

**2111 Grand Ave.**

**Des Moines, IA 50312**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $3,007.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address**

**iRay3D**

**2660 Fairmont Isle Circle**

**Richard Yarlett**

**Cape Coral, FL 33991**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F   Case: 24-30601   Doc# 1   Schedule E/F: Creditors Who Have Unsecured Claims   Filed: 09/01/24   18:45:06   Page 69 of   page 55 of 117

212

| Part 2: | Additional Page |
|---|---|

**3.209** Nonpriority creditor's name and mailing address

**Itin Scale Company, Inc**

**4802 Glenwood Rd**

**Brooklyn, NY 11234**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.210** Nonpriority creditor's name and mailing address

**iTunes**

**Apple Park**

**c/o Apple**

**Cupertino, CA**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.211** Nonpriority creditor's name and mailing address

**Jackson's Hardware, Inc.**

**62 Woodland Ave**

**San Rafael, CA 94901**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.212** Nonpriority creditor's name and mailing address

**Jana Rosenblatt**

**17608 Kinigsbury St**

**Granada Hills, CA 91344**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| **Part 2:** | Additional Page |
|---|---|

**3.213** | **Nonpriority creditor's name and mailing address**

Jasmine Florist

116 Buchanan Dr

Sausalito, CA 94965

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**                 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address**

Jim Murphy

15 Azalea Ave

Fairfax, CA 94930

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**                 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address**

Jo-Ann Fabric

245 Tamal Vista Blvd

Corte Madera, CA 94925-1110

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**                 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address**

Jonathan Hilton

2221 Oregon St

Berkeley, CA 94705

Date or dates debt was incurred        _____

Last 4 digits of account number    _n_ _s_ _e_ _s_

**As of the petition filing date, the claim is:**                 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.217** Nonpriority creditor's name and mailing address

**Jordan Creative**

**448 Ignacio Blvd, #116**

**Novato, CA 94949**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

**3.218** Nonpriority creditor's name and mailing address

**Joseph Electronics**

**6633 W Howard St**

**Niles, IL 60714**

Date or dates debt was incurred _____

Last 4 digits of account number  I  R  A  X

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.219** Nonpriority creditor's name and mailing address

**K.I.N.D. Fund**

**1201 L St NW Floor 2**

**Washington, DC 20005**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.220** Nonpriority creditor's name and mailing address

**Kaeser Compressors Inc**

**PO Box 946**

**Fredericksburg, VA 22404**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 72 of 212

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.221** Nonpriority creditor's name and mailing address

**Kapitus**

2500 Wilson Blvd. #350

Arlington, VA 22201

Date or dates debt was incurred    **12/30/22**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     **$199,914.18**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.222** Nonpriority creditor's name and mailing address

**Kathey Pear**

888 Terrace Circle North

Boulder, CO 80304

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.223** Nonpriority creditor's name and mailing address

**Katie Anderson**

2059 Market St, #18

San Francisco, CA 94114

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.224** Nonpriority creditor's name and mailing address

**Keller, Sloan, Roman & Holland, LLP**

555 Montgomery St

San Francisco, CA 94111

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
| --- | --- |

**3.225** Nonpriority creditor's name and mailing address

Kelly Spicers Inc (File 741227)

1515 Alvarado St.

Fremont, CA 94577

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$2,316.54

---

**3.226** Nonpriority creditor's name and mailing address

Kiki Sutton

1 Gateview Court

San Francisco, CA 94116-1941

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.227** Nonpriority creditor's name and mailing address

Komo Machine, Inc.

Dept. 1688-01

Denver, CO 80291-1688

Date or dates debt was incurred **2/14/20**

Last 4 digits of account number **_ 0 9 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**financing for KOMO (property returned to**
Basis for the claim: **company)**

Is the claim subject to offset?
☑ No
☐ Yes

$28,000.00

---

**3.228** Nonpriority creditor's name and mailing address

Kyocera Document Solutions

1269 Corporate Center Pkwy

Santa Rosa, CA 95407

Date or dates debt was incurred _____

Last 4 digits of account number **1 - 0 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

## Part 2:   Additional Page

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**3.229**

**Nonpriority creditor's name and mailing address**

Lamps Plus

20244 Plummer St

Chatsworth, CA 91311

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.230**

**Nonpriority creditor's name and mailing address**

Landcasters, Inc.

5959 Smithway Street

Los Angeles, CA 90040

Date or dates debt was incurred _____

Last 4 digits of account number U S 0 2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.231**

**Nonpriority creditor's name and mailing address**

Lands' End Business

6 Lands End Lane

Dodgeville, WI 53533

Date or dates debt was incurred _____

Last 4 digits of account number 5 0 6 2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.232**

**Nonpriority creditor's name and mailing address**

LDK Strapping Services

PO Box 7039

Woodland Hills, CA 91365

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Official Form 206E/F    Case: 24-30601    Doc# 1    Schedule E/F: Creditors Who Have Unsecured Claims    Filed: 03/11/24    Entered: 03/11/24 18:45:06    Page 75 of    page 61 of 117

212

| Part 2: | Additional Page |
|---|---|

**3.233** | Nonpriority creditor's name and mailing address

**Leanin' Tree**

**6055 Longbow Dr.**

**Boulder, CO 80301**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address

**Lee Valley**

**4995 Aircenter Circle, Unit 104**

**Reno, NV 89502-7922**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address

**Leitz Tooling Systems LP**

**PO Box 771888**

**Detroit, MI 48277-1888**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address

**Lesro Industries, Inc.**

**1 Griffin Rd South**

**Bloomfield, CT 6002**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.237** | Nonpriority creditor's name and mailing address

**LetsOnGo.com**

**429 Lenox Ave Ste 100**

**Miami Beach, FL 33139**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

**3.238** | Nonpriority creditor's name and mailing address

**Linak U.S. Inc.**

**2200 Stanley Gault Parkway**

**Louisville, KY 40223**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

**3.239** | Nonpriority creditor's name and mailing address

**Linc Systems**

**16540 Southpark Drive**

**Westfield, IN 46074**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   9   7   8**

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

**3.240** | Nonpriority creditor's name and mailing address

**LinkedIn**

**1000 W. Maude Ave**

**Sunnyvale, CA 94085**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

## Part 2: Additional Page

| | |
|---|---|
| **3.241** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $0.00 |
| LLT | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 945837 | ☐ Unliquidated |
| Atlanta, GA 30394-5837 | ☐ Disputed |
| | **Basis for the claim:** business |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number 4 2 9 U | ☑ No ☐ Yes |

| | |
|---|---|
| **3.242** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $0.00 |
| Lola's | *Check all that apply.* |
| | ☐ Contingent |
| 110 Main St. | ☐ Unliquidated |
| Belvedere, CA 94920 | ☐ Disputed |
| | **Basis for the claim:** business |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes |

| | |
|---|---|
| **3.243** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $0.00 |
| Lowe's Home Center, Inc. | *Check all that apply.* |
| | ☐ Contingent |
| 401 Columbus Parkway | ☐ Unliquidated |
| Vallejo, CA 94591 | ☐ Disputed |
| | **Basis for the claim:** business |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes |

| | |
|---|---|
| **3.244** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $546.06 |
| MacMurray Pacific | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 742553 | ☐ Unliquidated |
| Los Angeles, CA 90074-2553 | ☐ Disputed |
| | **Basis for the claim:** business |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number 8 3 0 0 | ☑ No ☐ Yes |

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

**Part 2:** Additional Page

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Magnetic Mind {Vendor}**

**1229 Plumleigh Lane**

**C/O Michael Liebowitz**

**Concord, CA 94521**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Mailchimp**

**675 Ponce de Leon Ave nE**

**c/o The Rocket Science Group, LLC**

**Atlanta, GA 30308**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Manuel Ventura {Vendor}**

**Apt 10**

**6930 Commerce Blvd**

**Richmond, CA 94928**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45,067.18 |
|---|---|---|---|

**Manufacturing Financing Services**

**Ste 10**

**10370 Slusher Dr.**

**Santa Fe Springs, CA 90670**

Date or dates debt was incurred _____

Last 4 digits of account number 4 9 8 0

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

financing for KOMO
(property returned to
**Basis for the claim:** company)

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Financing of KOMO
Assigned to Highland Capital

Case: 24-30601   Doc# 1   Filed: 09/13/24   Entered: 09/13/24 18:45:06   Page 79 of 212

**Part 2:**   Additional Page

**3.249** | Nonpriority creditor's name and mailing address
**Marinship Self Storage, LLC**

**693 Second St East**

**Sonoma, CA 95476**

Date or dates debt was incurred   _____

Last 4 digits of account number   R e n t

As of the petition filing date, the claim is:   **$32,773.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address
**Marketec {Vendor}**

**Suite #J-15**

**928 N. San Fernando Blvd**

**Burbank, CA 91504**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address
**Martin Sign Co, Inc.**

**1455 Yosemite Ave**

**San Francisco, CA 94124**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address
**Mary Small Photography**

**108 Caledonia St, Ste D**

**Sausalito, CA 94965**

Date or dates debt was incurred   _____

Last 4 digits of account number   i c e s

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **business**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Mass Mutual

1010 B Street

Attn: Andrew Zittell

San Rafael, CA 94901

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3   5   1   4

---

**3.254** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

MBS Standoffs

6420 Benjamin Rd

Tampa, FL 33634

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.255** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,774.85**

McMaster-Carr Supply Company

P.O. Box 7690

Chicago, IL 60680-7690

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   E   +   0   8

---

**3.256** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

MCSSM LLC

1875 Olympic Blvd., Ste 130

Walnut Creek, CA 94596

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business lease

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Case: 24-30601    Doc# 1    Filed: 09/30/24    18:45:06    Page 81 of 212

| Part 2: | Additional Page |
|---|---|

**3.257** | Nonpriority creditor's name and mailing address

**Medicare Premium Collection Center**

P.O. Box 790355

St. Louis, MO 63179-0355

Date or dates debt was incurred _____

Last 4 digits of account number __1_ _6_ _1_ _T_

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address

**MegaDeals-usa inc**

14532 Ventura Blvd

Sherman Oaks, CA 91403

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address

**Mercedes-Benz Financial Services**

PO Box 5209

Carol Stream, IL 60197-5209

Date or dates debt was incurred _____

Last 4 digits of account number __5_ _2_ _0_ _9_

As of the petition filing date, the claim is: $825.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address

**Merge Works {Vendor}**

Suite 101

1732 Universal City Blvd

Universal City, TX 78148

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $3,265.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Metal Fx**

**200 N Lenore Ave**

**Willits, CA 95490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MetLife Insurance Company**

**P.O. Box 14593**

**Lexington, KY 40512-4593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **8   4   0   9**

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MGM Grand**

**799 S Las Vegas Blvd**

**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Microsoft Corporation**

**One Microsoft Way**

**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **9   2   2   9**

**Part 2:** Additional Page

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.265** Nonpriority creditor's name and mailing address

**Midwest**

**PO Box 9560**

**Springfield, IL 62791-9560**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **e + 0 8**

---

**3.266** Nonpriority creditor's name and mailing address

**Mike Cashen Total**

**Unit 302**

**2121 26th St.**

**San Francisco, CA 94107**

As of the petition filing date, the claim is: $3,736.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Remarks: subject to charge back part of the Fiserv claim

---

**3.267** Nonpriority creditor's name and mailing address

**Mindspark Branding**

**1901 Coleman Drive**

**C/O Brynn Breuner**

**Reno, NV 89503**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.268** Nonpriority creditor's name and mailing address

**Mode-AL Ltd**

**Uxbridge**

**Unit 32 Riverside Way**

**UB8 2YF -Middlesex England,**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Part 2: | Additional Page |
|---|---|

---

**3.269**

**Nonpriority creditor's name and mailing address**

Mojodesk.com

8207 Southpark Cir.

Littleton, CO 80120

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.270**

**Nonpriority creditor's name and mailing address**

Montage LLC

249 Main Ave S, Ste 107, PMB #184

DBA: Montage

North Bend, WA 98045

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $4,795.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.271**

**Nonpriority creditor's name and mailing address**

Monument Auto Parts

4287 SONAMA BLVD.

VALLEJO, CA 94589

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272**

**Nonpriority creditor's name and mailing address**

MoonDance Painting

840 Piner Rd, #15

Santa Rosa, CA 95403

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**Mouser Electronics Inc.**

**PO Box 99319**

**Fort Worth, TX 76199-0319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**Moving Mountain Logistics, Inc.**

**901 Susan Way**

**Novato, CA 94947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   i  c  e  s

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**Mueller Glass**

**3817 Redwood Highway**

**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**MultiPure**

**7251 W Cathedral Rock Dr**

**Las Vegas, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| Part 2: | Additional Page |
|---------|-----------------|

**3.277** Nonpriority creditor's name and mailing address

Mutual Screw & Supply

68 West Passaic St

Rochelle Park, NJ 7662

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: business

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.278** Nonpriority creditor's name and mailing address

MX Logistics

45 Fernwood Avenue

Edison, NJ 8837

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: business

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.279** Nonpriority creditor's name and mailing address

NAB

The 2020 NAB Show

Washington, DC 20042-4031

Date or dates debt was incurred _____

Last 4 digits of account number  F e e s

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: business

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.280** Nonpriority creditor's name and mailing address

NAMM

5790 Armada Drive

Carlsbad, CA 92008

Date or dates debt was incurred _____

Last 4 digits of account number  8 1 0 0

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: business

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Part 2: | Additional Page |
| --- | --- |

**3.281** | **Nonpriority creditor's name and mailing address**

National Blinds & Flooring

778 Brannan St

San Francisco, CA 94103

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.282** | **Nonpriority creditor's name and mailing address**

National Relocation Services Inc

2671 Pomona Blvd

Pomona, CA 91768

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.283** | **Nonpriority creditor's name and mailing address**

National Wood Producst Inc

PO Box 65599

Salt Lake City, UT 84165

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.284** | **Nonpriority creditor's name and mailing address**

Nautilus Insurance

7233 E Butherus Dr.

Scottsdale, AZ 85260

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.285** **Nonpriority creditor's name and mailing address**

**Nelson**

**PO Box 49195**

**San Jose, CA 95161-9195**

Date or dates debt was incurred _____

Last 4 digits of account number    3   4   1   1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.286** **Nonpriority creditor's name and mailing address**

**New Horizons**

**Suite 408**

**100 Four Falls Corp Center**

**West Conshohocken, PA 19428**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.287** **Nonpriority creditor's name and mailing address**

**NewBay Media LLC**

**15th Floor**

**11 West 42nd St**

**New York, NY 10036**

Date or dates debt was incurred _____

Last 4 digits of account number    8   8   4   0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.288** **Nonpriority creditor's name and mailing address**

**NewEgg.com Inc.**

**17560 Rowland St**

**Hacienda Heights, CA 91745**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

## Part 2:  Additional Page

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.289**

Nonpriority creditor's name and mailing address

**Next Acoustics**

**Ste. 201**

**123 Columbia Court North**

**Chaska, MN 53318**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.290**

Nonpriority creditor's name and mailing address

**Nordstrom**

**1600 7th Ave #2500**

**Seattle, WA 98101**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.291**

Nonpriority creditor's name and mailing address

**North Bay Business Journal**

**416 B St**

**Santa Rosa, CA 95401**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.292**

Nonpriority creditor's name and mailing address

**North Bay Home Theater, Inc.**

**PO Box 178**

**Petaluma, CA 94953**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| Debtor | Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.293** | Nonpriority creditor's name and mailing address
North Bay Overhead Doors

PO Box 6887

San Rafael, CA 94903

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.294** | Nonpriority creditor's name and mailing address
Northbay Handyman

31 Pamaron Way, Ste C

Novato, CA 94949

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.295** | Nonpriority creditor's name and mailing address
Northbay Mechanical Inc

261 Monte Vista Lane

Christi Scott

Petaluma, CA 94952

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.296** | Nonpriority creditor's name and mailing address
Northgate Florist

4460 Redwood Hghwy

San Rafael, CA 94903

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Case: 24-30601    Doc# 1    Filed: 09/13/24    Entered: 09/13/24 18:45:06    Page 91 of 212

| Part 2: | Additional Page |
|---|---|

**3.297**   **Nonpriority creditor's name and mailing address**

Northwest Refinishing, LLC

9528 SW Tigard St

Tigard, OR 97223

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**      $0.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298**   **Nonpriority creditor's name and mailing address**

Novatech

19665 Descartes

Foothill Ranch, CA 92610

Date or dates debt was incurred    _____

Last 4 digits of account number    I   R   A   X

**As of the petition filing date, the claim is:**      $0.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299**   **Nonpriority creditor's name and mailing address**

Now CFO, LLC

5251 S. Green St, Ste 350

Murray, UT 84123

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**      $0.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300**   **Nonpriority creditor's name and mailing address**

OC White Company, Inc.

PO Box 644

Thorndike, MA 1079

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**      $0.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   business

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

---

**3.301** | **Nonpriority creditor's name and mailing address**

**Oeveo**

**Ste A**

**710 E Catawba St**

**Belomont, NC 28012**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address**

**Office Depot, Inc.**

**P.O. Box 70025**

**Los Angeles, CA 90074-0025**

Date or dates debt was incurred _____

Last 4 digits of account number   1   4   6   4

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address**

**Ohava Computers Inc.**

**1 Newell Ct**

**East Palo Alto, CA 94303**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address**

**Olander Company, Inc.**

**144 Commercial St**

**Sunnyvale, CA 94086**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:** Additional Page

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,691.65 |

**3.305**

Nonpriority creditor's name and mailing address

**OMG Digital Media Solutions Total**

**POB 50274**

**Minneapolis, MN 55405**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  business

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,691.65

---

**3.306**

Nonpriority creditor's name and mailing address

**OMLAT SPA USA, LLC**

**1335 East Industrial Drive**

**Itasca, IL 60143**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.307**

Nonpriority creditor's name and mailing address

**OMT Veyhl**

**11511 James St**

**Holland, MI 49424**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,102.94

---

**3.308**

Nonpriority creditor's name and mailing address

**Oneida Air Systems**

**1001 W Fayette St**

**Syracuse, NY 13204**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

## Part 2: Additional Page

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Optima Scale Manufacturing Inc**

9030 Bridgeport Place

Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Orbitz**

Ste. 1000

500 W. Madison St.

Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Osh Hardware**

1550 Canyon Rd

Moraga, CA 94556

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Outwater Plastics Inc.**

4720 West Van Buren

Phoenix, AZ 85043

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  9  4  1  7

Case: 24-30601    Doc# 1    Filed: 09/30/24    18:45:06    Page 95 of 212

| Part 2: | Additional Page |
|---|---|

**3.313** Nonpriority creditor's name and mailing address

**Oz Catering**

**706 Via Casitas**

**Idit Oz**

**Greenbrae, CA 94904**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.314** Nonpriority creditor's name and mailing address

**Paper Source**

**125 S. Clark St. 15th Fl**

**The National Building**

**Chicago, IL 60603**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.315** Nonpriority creditor's name and mailing address

**Papyrus**

**500 Chadbourne Rd**

**Fairfield, CA 94534**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.316** Nonpriority creditor's name and mailing address

**Penn Elcom**

**232 West Parkway**

**Pompton Plains, NJ 7444**

Date or dates debt was incurred _____

Last 4 digits of account number   o   u   n   t

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F    Case: 24-30601    Doc# 1   Schedule E/F: Creditors Who Have Unsecured Claims   Filed: 09/11/24   18:45:06    Page 96 of page 82 of 117

212

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.317** Nonpriority creditor's name and mailing address

**Philip Zittell**

**POB 1832**

**Sausalito, CA 94966-1792**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: written loans

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  equity loans to corporation

Is the claim subject to offset?
☑ No
☐ Yes

$264,913.93

---

**3.318** Nonpriority creditor's name and mailing address

**Pinterest**

**651 Brannan St. #310**

**San Francisco, CA 94107**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.319** Nonpriority creditor's name and mailing address

**Pitney Bowes**

**PO Box 371874**

**Pittsburgh, PA 15250-7874**

Date or dates debt was incurred _____

Last 4 digits of account number   **1   8   4   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$263.96

---

**3.320** Nonpriority creditor's name and mailing address

**PLM Insurance Companies**

**PO Box 826558**

**Philadelphia, PA 19182-6558**

Date or dates debt was incurred _____

Last 4 digits of account number   **S   0   6   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset?
☑ No
☐ Yes

$1,183.25

---

Case: 24-30601    Doc# 1    Filed: 09/13/24    Entered: 09/13/24 18:45:06    Page 97 of 212

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| **3.321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**3.321** Nonpriority creditor's name and mailing address

Point Reyes Light

PO Box 210

Pt. Reyes Station, CA 94956

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.322** Nonpriority creditor's name and mailing address

Poster Compliance

PO Box 188

Hopkinton, MA 1748

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.323** Nonpriority creditor's name and mailing address

Principal Life Insurance Co

PO Box 77202

Minneapolis, MN 55480-7200

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __0__ __0__ __1__

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.324** Nonpriority creditor's name and mailing address

Pro Audio LA Total

1506 Railroad St.

Glendale, CA 91204

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** **$168.12**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Business

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

## Part 2:  Additional Page

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**PS Print**

**2861 Mandela Parkway**

**Oakland, CA 94608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Quintessa Morris**

**901 Susan Way**

**Novato, CA 94947**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**R&L Carriers**

**PO Box 10020**

**Port William, OH 45164-2000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**R.M. Smith Associates**

**10920B Crown Colony**

**Austin, TX 78747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  business**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**Part 2:**  Additional Page

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**3.329** Nonpriority creditor's name and mailing address

RAB Motors Finance

540 Francisco Blvd West

San Rafael, CA 94901

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.330** Nonpriority creditor's name and mailing address

Radio Kushapetsheken Total

100 Rue Montagnais

Maliotenam, Quebec, CANADA, G4R4K2

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $11,017.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331** Nonpriority creditor's name and mailing address

Rafael Lumber

930 Anderson Dr

San Rafael, CA 94901

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.332** Nonpriority creditor's name and mailing address

Red Clover Advisors, LLC

4780 Ashford Dunwo

Atlanta, GA 30338

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.333**

Nonpriority creditor's name and mailing address

RFM

619 SW Wood St

Hillsboro, OR 97123

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.334**

Nonpriority creditor's name and mailing address

Richelieu America LTD

7021 Sterling Ponds Blvd

Sterling Heights, MI 48312-5809

Date or dates debt was incurred _____

Last 4 digits of account number   8  3  9  8

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.335**

Nonpriority creditor's name and mailing address

Rip-Tie, Inc.

P O Box 549

San Leandro, CA 94577

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.336**

Nonpriority creditor's name and mailing address

RiteAid

1200 Intrepid Ave 2nd fl.

Philadelphia, PA 19112

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:** Additional Page

| | |
|---|---|
| **3.337** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Robert F. Chapman, Inc.**

**43100 Exchange Place**

**Lancaster, CA 93535**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,717.87

---

**3.338**

**Nonpriority creditor's name and mailing address**

**Robert M. Chilvers**

**83 Vista Marin Drive**

**San Rafael, CA 94903**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.339**

**Nonpriority creditor's name and mailing address**

**Rocket Lawyer**

**182 Howard St.**

**San Francisco, CA 94105**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.340**

**Nonpriority creditor's name and mailing address**

**Royal Coach Carwash**

**990 E. Francisco Blvd**

**San Rafael, CA 94901**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

Name

Case number *(if known)* _____

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Roy's Sewer Service, Inc.**

**PO Box 763**

**Novato, CA 94948**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**RSI Systems Furniture**

**235 S 56th St**

**Chandler, AZ 85226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**RTIC**

**3900 Peek Rd.**

**Katy, TX 77449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Run Right**

**2379 Bryant St**

**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.345** | Nonpriority creditor's name and mailing address

**Rustic Bakery**

2017 Larkspur Landing

Larkspur, CA 94939

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address

**S.D. MAYER**

235 Montgomery St. 26th Fl

San Francisco, CA 94104

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $1,796.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address

**Salesforce**

Salesforce Tower

San Francisco, CA

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address

**Sam Lee**

185 Merced Ave.

San Francisco, CA 94127

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $680.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  business

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
**Santoni** | *Check all that apply.*
| ☐ Contingent
20322 Windrow Dr, #200 | ☐ Unliquidated
Lake Forest, CA 92630 | ☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,514.99
**Sara Dawson** | *Check all that apply.*
| ☐ Contingent
901 Susan Way | ☐ Unliquidated
Novato, CA 94947 | ☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $890.00
**Seifer,Murken, Despina, James & Teichman** | *Check all that apply.*
| ☐ Contingent
2135 Lombard Street | ☐ Unliquidated
San Francisco, CA 94123 | ☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number _o_ _u_ _n_ _t_ | ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,868.32
**Shapes Unlimited, Inc.** | *Check all that apply.*
| ☐ Contingent
N8995 Pine Street | ☐ Unliquidated
P.O. Box 165 | ☐ Disputed
Nichols, WI 54152

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number _9_ _4_ _6_ _3_ | ☐ Yes

Case: 24-30601   Doc# 1   Filed: 07/23/24   Entered: 07/23/24 18:45:06   Page 105 of 212

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Shell**

150 N. Dairy Ashford Rd

Houston, TX 77079

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Shopcarts USA**

5525 SW Randolph

Topeka, KS 66609

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $82.92 |
|---|---|---|---|

**Shopify Inc**

151 O'Connor St., Ground Floor

Ottawa, K2P 2L8

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Shred Works, Inc.**

455 Hight Street

Oakland, CA 94601

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.357** | **Nonpriority creditor's name and mailing address**

**Shutterstock, Inc.**

**350 Fifth Avenue, 21st Floor**

**New York, NY 10118**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.358** | **Nonpriority creditor's name and mailing address**

**Signal Systems, Inc.**

**2210 4th Ave South**

**Minneapolis, MN 55404**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.359** | **Nonpriority creditor's name and mailing address**

**Silver Harbour DMM**

**523 White Birch Lane**

**Windsor, CA 95492**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.360** | **Nonpriority creditor's name and mailing address**

**Sloat Garden Center**

**657 E. Blithdale**

**Mill Valley, CA 94941**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Case: 24-30601   Doc# 1   Filed: 07/30/24   Entered: 07/30/24 18:45:06   Page 107 of 212

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.361** Nonpriority creditor's name and mailing address

**Small Business Administration**

14925 Kingsport Rd

Fort Worth, TX 76155

Date or dates debt was incurred    11/28/20

Last 4 digits of account number    7 4 0 1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$216,509.00

---

**3.362** Nonpriority creditor's name and mailing address

**Soma Ergonomics, Inc.**

Ste A

2216 Cedarvale Dr

Ceres, CA 95307

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.363** Nonpriority creditor's name and mailing address

**Sonic.net, Inc.**

2260 Apollo Way

Santa Rosa, CA 95407

Date or dates debt was incurred

Last 4 digits of account number    4 5 6 7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.364** Nonpriority creditor's name and mailing address

**Southwest Airlines**

[POB 36611]

2702 Love Field Dr.

Dallas, TX 75235

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

Debtor  **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**3.365** Nonpriority creditor's name and mailing address

**SpaceCo**

**17650 E 32nd Place, Ste 10A**

**Aurora, CO 80011**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.366** Nonpriority creditor's name and mailing address

**Specialty Tools.com**

**PO Box 600696**

**Jacksonville, FL 32259**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.367** Nonpriority creditor's name and mailing address

**Spectrum Financial Management Total**

**Ste. 305**

**899 Northgate Dr.**

**San Rafael, CA 94903**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$830.52

---

**3.368** Nonpriority creditor's name and mailing address

**Squash and Stretch Productions**

**512 Lagrange Lane**

**Squash and Stretch Productions**

**Livermore, CA 94550**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**Part 2:** Additional Page

| 3.369 | **Nonpriority creditor's name and mailing address** | | | | |

**Nonpriority creditor's name and mailing address**

Stafast Products, Inc

Dept. 781796

Painesville, OH 44077

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  9  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.370**

**Nonpriority creditor's name and mailing address**

Staples

500 Staples Dr.

Framingham, MA 1702

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.371**

**Nonpriority creditor's name and mailing address**

Sterling Health

1000 Broadway, Ste #250

Oakland, CA 94607

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.372**

**Nonpriority creditor's name and mailing address**

Stieg Electric

309 E Street

Petaluma, CA 94952

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Official Form 206E/F Case: 24-30601  Doc# 1  Schedule E/F: Creditors Who Have Unsecured Claims Filed: 07/31/24 Entered: 07/31/24 18:45:06  Page 110 of Page 96 of 117

212

## Part 2: Additional Page

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.373**

**Nonpriority creditor's name and mailing address**

**StockCap**

**111 Manufacturers Dr.**

**Arnold, MO 63010**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.374**

**Nonpriority creditor's name and mailing address**

**Stockton Tri Industries Inc**

**PO Box 6097**

**Stockton, CA 95206**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.375**

**Nonpriority creditor's name and mailing address**

**SuperLove Cookies and Gifts**

**38 Madera Blvd**

**Sephanie Rach**

**Corte Madera, CA 94925**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.376**

**Nonpriority creditor's name and mailing address**

**Supply House**

**130 Spagnoli Rd**

**Melville, NY 11747**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

| **Part 2:** | Additional Page |
|---|---|

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Surplus Tek Inc**

**3429 Freedom Park Dr, Ste 31**

**North Highlands, CA 95660**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**SWRCB**

**PO Box 1977**

**Storm Water Section**

**Sacramento, CA 95812-1977**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Tahsia Friedman**

**1670 Rugby Road**

**Schenectady, NY 12309**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Tam Tool Rentals**

**240 Shoreline Hwy**

**Mill Valley, CA 94941**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| | |
|---|---|
| **3.381** | **Nonpriority creditor's name and mailing address** |

**3.381** **Nonpriority creditor's name and mailing address**

TAP Plastics, Inc.

900 Andersen Drive

San Rafael, CA 94901

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.382** **Nonpriority creditor's name and mailing address**

Target

1000 Micollet Mall

Minneapolis, MN 55403

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.383** **Nonpriority creditor's name and mailing address**

TAWI USA, Inc

380 International Drive, Ste A

Bolingbrook, IL 60440

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.384** **Nonpriority creditor's name and mailing address**

TCA Communications

505 14th St.

Oakland, CA 94612

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Case: 24-30601    Doc# 1    Filed: 07/30/24    Entered: 07/30/24 18:45:06    Page 113 of 212

| Part 2: | Additional Page |
|---|---|

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Techflex, Inc.

104 Demarest Rd

Sparta, NJ 7871

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

TechSmith (Campasia is their product)

14 Crescent Road

East Lansing, MI 48823

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Teco Technology

1069 Serpentine Lane

Pleasanton, CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

The Counter

9311 East Via de Ventura

Scottsdale, AZ 85258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Part 2: | Additional Page |
| --- | --- |

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**3.389**

Thierry Duplenne

P.O. Box 683

Guerneville, CA 95446

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.390**

**Nonpriority creditor's name and mailing address**

Time System USA

17932 Fraley Blvd #100

Dumfries, VA 22026

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.391**

**Nonpriority creditor's name and mailing address**

T-Mobile

PO Box 742596

Cincinnati, OH 45274-2596

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$76.11

---

**3.392**

**Nonpriority creditor's name and mailing address**

Tobias Newman Studio LLC

236 Moore Street #403

Brooklyn, NY 11206

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| Part 2: | Additional Page |
|---------|-----------------|

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------|-------|

**3.393** Nonpriority creditor's name and mailing address

Total Plastics, Inc.

PO Box 645490

Pittsburgh, PA 15264-5252

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.394** Nonpriority creditor's name and mailing address

Tower Products Inc Total

POB 397

Saugerties, NY 12477

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
☑ No
☐ Yes

$2,798.91

---

**3.395** Nonpriority creditor's name and mailing address

Trader Joe's

800 S. Shamrock Ave

Monrovia, CA 91016

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.396** Nonpriority creditor's name and mailing address

Transbay

2018 4th St

San Rafael, CA 94901

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

## Part 2: Additional Page

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

**Two Neat**

111 Throckmorton Ave

Mill Valley, CA 94941

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

**U.S. Postal Service**

150 Harbor Dr

Attn: Postmaster

Sausalito, CA 94965

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,449.71

**U.S.Bank**

POB 79048

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business credit card**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   0  2  9  6

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00

**U-Haul of San Rafael**

1205 Francisco Blvd. E.

San Rafael, CA 94901

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

## Part 2: Additional Page

| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**3.401**

**Nonpriority creditor's name and mailing address**

UHC - AARP

PO Box 5840

Carol Stream, IL 60197-5840

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.402**

**Nonpriority creditor's name and mailing address**

Unisource Shipping, Inc.

4711 Fort Hamilton Pkwy

Brooklyn, NY 11219

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.403**

**Nonpriority creditor's name and mailing address**

United Healthcare

PO Box 79041

City of Industry, CA 91716-9041

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.404**

**Nonpriority creditor's name and mailing address**

United Parcel Service

P.O. Box 650116

Dallas, TX 75265-0116

Date or dates debt was incurred _____

Last 4 digits of account number  u  n  t  s

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**Part 2:** Additional Page

| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**UpdraftPlus**

**Caerphilly Business Park**

**Welsh Ice Britannia House**

**Caerphilly, Wales, UK, CF83 3GG**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Upwork Global Inc**

**475 Brannan St, Ste 430**

**San Francisco, CA 94107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Urban Farmer Store**

**653 E. Blithedale**

**Mill Valley, CA 94941**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Uship**

**205 Brazos St**

**Austin, TX 78701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**Part 2:** Additional Page

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.409** Nonpriority creditor's name and mailing address

**Vaculex USA, LLC**

**605 Philip Davis Dr, Ste 1**

**Charlotte, NC 28217**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.410** Nonpriority creditor's name and mailing address

**Van Bebber Bros., Inc.**

**P.O. Box 760**

**Petaluma, CA 94953**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.411** Nonpriority creditor's name and mailing address

**Variux Inc**

**Ste 230-360**

**3600 Dallas Hwy**

**Marietta, GA 30064**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.412** Nonpriority creditor's name and mailing address

**Veritext New York Reporting Co.**

**PO Box 71303**

**Chicago, IL 60694-1303**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __-__ **0** **0** **1**

Case: 24-30601    Doc# 1    Filed: 07/31/24    Entered: 07/31/24 18:45:06    Page 120 of 212

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.413** Nonpriority creditor's name and mailing address

**Via Seating, Inc.**

**PO Box 97461**

**Las Vegas, NV 89193-7461**

Date or dates debt was incurred _____

Last 4 digits of account number    **3  3  9  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$41,159.12

---

**3.414** Nonpriority creditor's name and mailing address

**Vortex Tool Company, Inc.**

**5605 East Jelinek Ave**

**Schofield, WI 54476**

Date or dates debt was incurred _____

Last 4 digits of account number    **U  0  0  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.415** Nonpriority creditor's name and mailing address

**Walgreens**

**151 E. 3rd Street**

**San Mateo, CA 94401**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.416** Nonpriority creditor's name and mailing address

**Walmart**

**702 S.W. 8th St.**

**Bentonville, AR 72716**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Part 2: | Additional Page |
|---|---|

---

**3.417** | **Nonpriority creditor's name and mailing address**

Walton's Saw Works

44 Woodland Avenue

San Rafael, CA 94901

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.418** | **Nonpriority creditor's name and mailing address**

Waterstreet Company

318 Caledonia

Sausalito, CA 94965

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.419** | **Nonpriority creditor's name and mailing address**

Wayfair.com

4 COPLEY PLACE

BOSTON, MA 2116

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.420** | **Nonpriority creditor's name and mailing address**

Weber Knapp Company

411 Chandller St.

Jamestown, NY 14701

Date or dates debt was incurred _____

Last 4 digits of account number  1  7  6  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,586.40

**Part 2:** Additional Page

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,067.18 |
|---|---|---|---|

**3.421** Nonpriority creditor's name and mailing address

West Coast Laminating

POB 514670

Los Angeles, CA 90051-4670

Date or dates debt was incurred

Last 4 digits of account number    1  4  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
☑ No
☐ Yes

$45,067.18

**3.422** Nonpriority creditor's name and mailing address

Westamerica Bank

POB 1200

Suisun City, CA 94585-1200

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.423** Nonpriority creditor's name and mailing address

Western Dovetail, Inc.

P.O. Box 1592

Vallejo, CA 94592

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,369.70

**3.424** Nonpriority creditor's name and mailing address

Westwood One Inc Total

Ste. 2300

3280 Peachtree Rd. NW

Atlanta, GA 30305

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  business

Is the claim subject to offset?
☑ No
☐ Yes

$6,839.96

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $53,171.66 |
|---|---|---|---|

**WFOR-TV CBS**

**8900 NW 18th Terrace**

**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Whole Foods**

**550 Bowie St.**

**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Willis Supply Corp.**

**Dept LA 23368**

**Pasadena, CA 91185-3368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**WineRacks.com**

**PO Box 67**

**High Falls, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Case: 24-30601   Doc# 1   Filed: 07/30/24   Entered: 07/30/24 18:45:06   Page 124 of 212

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

## Part 2: Additional Page

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,456.94 |
|---|---|---|---|

**3.429**

**Nonpriority creditor's name and mailing address**

**Winnercomm Inc Total**

**#201**

**4500 S 129th Ave.**

**Tulsa, OK 74134**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: charge back included in Fiserv claim

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **charge back**

Is the claim subject to offset?
☑ No
☐ Yes

$6,456.94

---

**3.430**

**Nonpriority creditor's name and mailing address**

**Wondershare (WONBO)**

**254 Des Voeux Rd**

**Flat 901 9/F Fincance Bldg**

**Central HONG KONG, 999077**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.431**

**Nonpriority creditor's name and mailing address**

**Wonderstone**

**1542 East Victory St, Ste 1**

**Phoenix, AZ 85040**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.432**

**Nonpriority creditor's name and mailing address**

**Woodlands Pet Food & Treats**

**296 BonAir Centre**

**Greenbrae, CA 94904**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Case: 24-30601    Doc# 1    Filed: 07/30/24    Entered: 07/30/24 18:45:06    Page 125 of 212

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.433** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,463.05**
*Check all that apply.*

**Workrite Ergonomics**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 741346**

**Los Angeles, CA 90074-1346**

**Basis for the claim:** business

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 9 2 0 1

---

**3.434** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,594.29**
*Check all that apply.*

**Worldwide Express**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 101903**

**Pasadena, CA 91189**

**Basis for the claim:** business

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 7 5 1 6

---

**3.435** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

**Wurth Louis & Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 2253**

**Brea, CA 92822-2253**

**Basis for the claim:** business

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 5 8 6 0

---

**3.436** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,970.50**
*Check all that apply.*

**YELLOWTEC USA**

☐ Contingent
☐ Unliquidated
☑ Disputed

**3630 Tivola Street**

**Jeff K Williams**

**Basis for the claim:** business

**Santa Ynez, CA 93460**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Case: 24-30601    Doc# 1    Filed: 08/30/24    Entered: 08/30/24 18:45:06    Page 126 of 212

Debtor **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**
Name

Case number *(if known)* _____

**Part 2:** Additional Page

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.437**

Nonpriority creditor's name and mailing address

**YRC**

**P.O. Box 100129**

**Pasadena, CA 91189-0129**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  4  0  8**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.438**

Nonpriority creditor's name and mailing address

**Zarren Consulting**

**1717 Novato Blvd, #28**

**Novato, CA 94947**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.439**

Nonpriority creditor's name and mailing address

**Zazzle**

**1800 Seaport Blvd**

**Redwood City, CA 94063**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.440**

Nonpriority creditor's name and mailing address

**Zealoushacker, Inc.**

**1335 US Highway 285 N**

**Monte Vista, CO 81144**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor __Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company__

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.441** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

**3.441**

**Nonpriority creditor's name and mailing address**

Zed-Systems

Sydney New South Wales 2039

21 Callan Street

Australia,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.442**

**Nonpriority creditor's name and mailing address**

Zoom

55 N. Almaden Blvd 6th Fl

San Jose, CA 95113

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 3:</strong></td><td colspan="2">List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Beyers, Costin & Simon**<br>**Thomas Davenport, Esq.**<br>**200 4th Street Ste 400**<br>**Santa Rosa, CA 95401-8535** | Line **3.249**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.2** **Commercial Recovery Inc.**<br>**Commercial Recovery Inc.**<br>**POB 3111**<br>**Rohnert Park, CA 94927-3111** | Line **3.225**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.3** **Fiserv**<br>**POB 2394**<br>**Omaha, NE 68103-2394** | Line **3.429**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.4** **Fiserv**<br>**POB 2394**<br>**Omaha, NE 68103-2394** | Line **3.266**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.5** **GB Collections LLC (for Pennsylvania Lumbermans Insurance)**<br>**123 Huddonfield Berlin Road**<br>**Voorhees, NJ 08043-4847** | Line **3.320**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.6** **Highland Capital Corporation**<br>**Robert Hornby, Esq.**<br>**Chiesa, Shahinian, & Glantomasi P.C. (civil complaint LCV 2024615915)**<br>**105 Eisenhower Parkway**<br>**Roseland, NJ 07068** | Line **3.248**<br>☐ Not listed. Explain _____ | 6 - 2 4 |
| **4.7** **Highland Capital Corporation**<br>**Robert Hornby, Esq.**<br>**Chiesa, Shahinian, & Glantomasi P.C. (civil complaint LCV 2024615915)**<br>**105 Eisenhower Parkway**<br>**Roseland, NJ 07068** | Line **3.227**<br>☐ Not listed. Explain _____ | 5 9 1 5 |

Case: 24-30601   Doc# 1   Filed: 07/31/2024   Entered: 07/31/2024 18:45:06   Page 129 of 212

| Debtor | Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company | Case number *(if known)* |
|--------|---|---|
|  | Name |  |

## Part 3: Additional Page

| 4.8 | **Internal Revenue Service** | Line **2.4** | | **9** **9** **4** **3** |
| | **Internal Revenue Service** | ☐ Not listed. Explain _____ | |
| | **POB 7346** | _____ | |
| | **Philadelphia, PA 19101-7346** | | |
| 4.9 | **Internal Revenue Service** | Line **2.4** | | — — — — |
| | **Internal Revenue Service** | ☐ Not listed. Explain _____ | |
| | **POB 7346** | _____ | |
| | **Philadelphia, PA 19101-7346** | | |
| 4.10 | **Northstar Location Services LLC** | Line **3.259** | | **8** **8** **0** **7** |
| | **4285 Genesee St** | ☐ Not listed. Explain _____ | |
| | **Buffalo, NY 14225-1943** | | |
| 4.11 | **RedHawk c/o Caine & Weber** | Line **3.8** | | — — — — |
| | **Division of ADT** | ☐ Not listed. Explain _____ | |
| | **338 Harris Hill Rd. #206** | | |
| | **Buffalo, NY 14221** | | |
| 4.12 | **Sunrise Credit Services Inc. POB** | Line **3.37** | | — — — — |
| | **POB 9004** | ☐ Not listed. Explain _____ | |
| | **Melville, NY 11747-9004** | | |

Case: 24-30601    Doc# 1    Filed: 07/8/24    Entered: 07/8/24 18:45:06    Page 130 of 212

Debtor  **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $35,690.69 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,653,188.67 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,688,879.36 |

Case: 24-30601    Doc# 1    Filed: 07/30/24    Entered: 07/30/24 18:45:06    Page 131 of 212

Fill in this information to identify the case:

**Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

Debtor name _____

United States Bankruptcy Court for the:

**Northern District of California**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | storage<br>Contract to be ASSUMED | Novato Self Storage<br>1535 Grant Ave.<br>1535 Grant Ave.<br>Novato, CA 94945 |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

United States Bankruptcy Court for the: **Northern** District of **California**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.** |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** | **David Holland** | **3 Magee Court** <br> Street | **Idea 247 Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Moraga, CA 94556** <br> City    State    ZIP Code | **Manufacturing Financing Services** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Chase 3957** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Komo Machine, Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Highland Capital Corporation** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.2** | **Philip Zittell** | **POB 1832** <br> Street | **Idea 247 Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Sausalito, CA 94966** <br> City    State    ZIP Code | **Manufacturing Financing Services** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Bank of America 7011** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Amex 1000** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**     Case number (if known) _____

Name

## ▮ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Home Depot** | ☐ D ☑ E/F ☐ G |
| | | **Kapitus** | ☐ D ☑ E/F ☐ G |
| | | **Komo Machine, Inc.** | ☐ D ☑ E/F ☐ G |
| | | **Mercedes-Benz Financial Services** | ☐ D ☑ E/F ☐ G |
| | | **Chase 9380** | ☐ D ☑ E/F ☐ G |
| | | **Highland Capital Corporation** | ☐ D ☑ E/F ☐ G |
| 2.3 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 134 of 212

Fill in this information to identify the case:

**Debtor name** Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company

United States Bankruptcy Court for the: **Northern District of California**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.............................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................

   | $1,555.70 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................

   | $1,555.70 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................

   | $35,690.69 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

   | + $1,653,188.67 |

4. **Total liabilities**.................................................................................................
   Lines 2 + 3a + 3b

   | $1,688,879.36 |

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 135 of 212

Fill in this information to identify the case:

**Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

Debtor name

United States Bankruptcy Court for the:

**Northern District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br><br>Check all that apply | Gross revenue<br><br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From <u>07/01/2024</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | _____ **$0.00** |
| **For prior year:**<br>From <u>07/01/2023</u> to <u>06/30/2024</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br><br>**sale or transfer of sundry business property for market value for services**<br>☑ Other **rendered** | **$618,640.27** |
| **For the year before that:**<br>From <u>07/01/2022</u> to <u>06/30/2023</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | **$1,865,079.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br><br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From <u>01/01/2024</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 136 of 212

| For prior year: | From **01/01/2023** to **12/31/2023** | _____ _____ |
|---|---|---|
| | MM/ DD/ YYYY    MM/ DD/ YYYY | |
| For the year before that: | From **01/01/2022** to **12/31/2022** | _____ _____ |
| | MM/ DD/ YYYY    MM/ DD/ YYYY | |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Philip Zittell**<br>Creditor's name<br>**POB 1832**<br>Street<br><br>**Sausalito, CA 94966**<br>City    State    ZIP Code<br><br>Relationship to debtor<br>**Director/Officer/Shareholder** | **6/1/2023-12<br>/31/2023** | **$23,256.35** | **Paid regular wages, reimbursements for expenses made for the benefit of the corporation & payments owed to him for outstanding loan balances. Number represents funds calculated on the one year lookback.**<br><br>_____<br><br>_____ |

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 137 of 212

4.2. **David Holland**             6//1/2023-             $22,250.00             **w-2 wage calculated for one year look**
Creditor's name           **12/31/2023**                                      **back**

**3 Magee Court**
Street

**Moraga, CA 94556**
City                    State    ZIP Code

| Relationship to debtor |
| --- |

**Director/Officer/Shareholder**

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |
| 5.1. **Manufacturers Financing Services**<br>Creditor's name<br><br>**10370 Slusher Dr. Ste. 10**<br>Street<br><br>**Santa Fe Springs, CA 90670**<br>City          State    ZIP Code | **Financing of KOMO CNC Router Xtreme XL 510 {Claim assigned to Highland Capital Corporation 370 Pascack Rd, Twnship Of Washington NJ 07676 / Lawsuit Case No PAS-L_000726-24 for $16,933.86 Represented by Chiesa, Shahinian & Giantomasi P.C. 105 Eisenhower Parkway, Roseland NJ 07068 973-530-2032}** | **02/14/2020** | **$208,833.00** |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

| Part 3: | Legal Actions or Assignments |
| --- | --- |

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Case: 24-30601     Doc# 1     Filed: 08/13/24     Entered: 08/13/24 18:45:06     Page 138 of 212

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Highland Capital Corporation v. Sausalito Craftworks d.b.a. Omnirax Furniture Company, Philip Zittel & David Holland et al.** | **collection for balance owed on repossessed and sold equipment** | **Superior Court of New Jersey Law Division, Passaic County**<br>Name<br>**77 Hamilton St.**<br>Street<br>**Passaic County Courthouse**<br>**Paterson, NJ 07505**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **PAS-L-000726-24** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Idea 247 Inc. v. Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company, David Holland & Philip Zittell** | **Collection for unsecured balance** | **Marin County Superior Court**<br>Name<br>**3501 Civic Center Dr.**<br>Street<br>**Marin County Superior Court**<br>**San Rafael, CA 94903**<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number | | | |
| | **CV0001664** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | | Case number | Street |
| | City    State    ZIP Code | | |
| | | Date of order or assignment | City    State    ZIP Code |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City       State    ZIP Code

Recipient's relationship to debtor

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|---------------------------------------------|-------------------------------------------------|-------|------------------------|
| | **Resolution Law Firm P. C.** | **Attorney's Fee** | **12/23/2023** | **$7,500.00** |

**Address**

**50 Osgood Place 5th Fl. 500**
Street

**San Francisco, CA 94133**
City       State    ZIP Code

**Email or website address**

**shedoesbklaw@aol.comd**

**Who made the payment, if not debtor?**

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 140 of 212

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------|------------------------|-----------------------------------|---------------------------|-----------------------|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|----------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|
| | **Carlo Berg** | **Invoice No. 172711 -Sell back office furniture** | **11/21/2023** | **$7,000.01** |
| | | **Invoice No. 172712 -Sell back office furniture** | | |
| | **Address** | | | |
| | **2330 Marinship Way Ste 125** | | | |
| | Street | | | |
| | **Sausalito, CA 94965** | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Former Landlord** | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|----------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|
| | **Carlo Berg** | **11/13/23 Invoice 172705 - $2,725 (Hand Tools)** | **Various** | **$4,966.01** |
| | | **11/13/23 Invoice 172706 - $241.01 (Hand Tools)** | | |
| | | **12/7/23 Invoice 172715 - $2,000.00 (Forklift)** | | |
| | **Address** | | | |
| | **2330 Marinship Way Ste 125** | | | |
| | Street | | | |
| | **Sausalito, CA 94965-2835** | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Former Landlord** | | | |

Case: 24-30601    Doc# 1    Filed: 06/13/24    Entered: 06/13/24 18:45:06    Page 141 of 212

| 13.3. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **MCSSM, LLC** | **Furniture Surrender per Lease Termination Agreement (Fair Market Value)** | **04/17/2023** | **$30,730.26** |
| | **Address** | | | |
| | **2330 Marinship Way Ste 125** | | | |
| | Street | | | |
| | **Sausalito, CA 94965-2835** | | | |
| | City          State       ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Former Landlord** | | | |

| 13.4. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **David Fuentes** | **older pickup truck transferred for work performed** | | **$5,900.00** |
| | **Address** | | | |
| | Street | | | |
| | City          State       ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **prior employee** | | | |

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **2342 Marinship Way** | From **10/01/1998** To **01/17/2024** |
| Street | |
| **2342 Marinship Way (warehouse/workshop)** | |
| **Sausalito, CA 94965** | |
| City          State       ZIP Code | |
| 14.1. **2330 Marinship Way 160** | From **01/01/2015** To **02/02/2024** |
| Street | |
| **2330 Marinship Way Ste. 160 (office)** | |
| **Sausalito, CA 94965** | |
| City          State       ZIP Code | |

Case: 24-30601     Doc# 1     Filed: 08/13/24     Entered: 08/13/24 18:45:06     Page 142 of 212

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street | _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | _____ <br><br> **How are records kept?** |
| _____ _____ _____ <br> City State ZIP Code | _____ <br><br> _____ | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **phone numbers/email addresses/ein numbers**

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 143 of 212

| Debtor | **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company** | Case number *(if known)* _____ |
| | Name | |

| 18.1 | **WestAmerica Bank** | XXXX–**6 0 2 3** | ☑ Checking | **12/01/2023** | **$0.00** |
| | Name | | ☐ Savings | | |
| | _____ | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | **CA** | | ☐ Other | | |
| | City        State   ZIP Code | | _____ | | |

| 18.2 | **WestAmerica Bank** | XXXX–**6 0 3 1** | ☑ Checking | **12/01/2023** | **$0.00** |
| | Name | | ☐ Savings | | |
| | _____ | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | **Sausalito, CA 94965** | | ☐ Other | | |
| | City        State   ZIP Code | | _____ | | |

| 18.3 | **WestAmerica Bank** | XXXX–**9 9 7 3** | ☑ Checking | **Dec. 1, 2023** | **$0.00** |
| | Name | | ☐ Savings | | |
| | _____ | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | **Sausalito, CA 94965** | | ☐ Other | | |
| | City        State   ZIP Code | | _____ | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- | --- |
| | | | | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | Street | _____ | _____ | |
| | | Address | _____ | |
| | City        State   ZIP Code | _____ | _____ | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- | --- |
| | **Novato Self Storage** | | ~~Older computers and files for~~ | ☐ No |
| | Name | _____ | ~~business miscellaneous other~~ | ☑ Yes |
| | **1535 Grant Ave.** | _____ | ~~furniture~~ | |
| | Street | _____ | | |
| | | Address | _____ | |
| | **Novato, CA 94945** | _____ | _____ | |
| | City        State   ZIP Code | | | |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page **9**

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name _____ | _____ | _____ | |
| Street _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| City　　　State　ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City　　State　ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City　　State　ZIP Code | City　　State　ZIP Code | | |

Case: 24-30601　　Doc# 1　　Filed: 08/13/24　　Entered: 08/13/24 18:45:06　　Page 145 of 212

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City                    State     ZIP Code | | |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | |
| City          State     ZIP Code | | From _____ To _____ |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Sara Dawson** <br> Name <br><br> **901 Susan Way** <br> Street <br><br><br> **Novato, CA 94947** <br> City              State              ZIP Code | From _____ To __06/05/2024__ |
| Name and address | Dates of service |
| 26a.2. **S.D. Mayer & Associates LLP** <br> Name <br><br> **235 Montgomery St. 26th Fl** <br> Street <br><br><br> **San Francisco, CA 94104** <br> City              State              ZIP Code | From _____ To __06/05/2024__ |

Case: 24-30601     Doc# 1     Filed: 08/13/24     Entered: 08/13/24 18:45:06     Page 146 of 212

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Cal Audit**<br>Name<br><br>**212 W. Ironwood Dr. Ste D303**<br>Street<br><br><br>**Coeur D Alene, ID 83814**<br>City     State     ZIP Code | From **5/01/2023**   To **11/30/2023** |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>**Sara Dawson**<br>Name<br><br>**901 Susan Way**<br>Street<br><br><br>**Novato, CA 94947**<br>City     State     ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Bank of Marin**<br>Name<br><br><br>Street<br><br><br>**Sausalito, CA**<br>City     State     ZIP Code |

| Name and address |
|---|
| 26d.2. **Berg Holdings**<br>Name<br>**Marinship Way**<br>Street<br><br><br>**Novato, CA 94945**<br>City     State     ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 147 of 212

| Debtor | Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company | Case number (if known) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Sara Dawson | 2022 | $0.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1. **unsure**

Name

Street

City                    State            ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Philip Zittell | 150 Harbor Dr. POB 1832 Sausalito, CA 94966 | President , shareholder / Director / Officer | 38.00% |
| David Holland | 3 Magee Court Moraga, CA 94556 | Secretary/Director, shareholder / Director / Officer | 38.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____  To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Philip Zittell**<br>Name<br>**150 Harbor Dr. POB 1832**<br>Street<br><br>**Sausalito, CA 94966**<br>City            State      ZIP Code<br><br>Relationship to debtor<br>**Director/Officer/Shareholder** | $23,256.35 | 6/1/2023-12/31/2023 | **w-2 wages for work performed, reimbursements for funds paid for the benefit of the corporation & regular payments against outstanding loans made to the corporation.** |

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 148 of 212

Debtor    **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**                Case number *(if known)* _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2. **David Holland** | $22,250.00 | **6/1/203-12 /31/2023** | **w-2 wages paid**
Name

**3 Magee Court**
Street

_____

**Moraga, CA 94556**
City                    State        ZIP Code

| Relationship to debtor |
|---|

**Director/Officer/Shareholder**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**08/13/2024**___
              MM/ DD/ YYYY

**X /s/ Philip Zittell**                    Printed name ___**Philip Zittell**___
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___**President**___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name **Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company**

United States Bankruptcy Court for the:

**Northern District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Small Business Administration 14925 Kingsport Rd Fort Worth, TX 76155 | | business | | | | $216,509.00 |
| 2 | Kapitus 2500 Wilson Blvd. #350 Arlington, VA 22201 | | business | Disputed | | | $199,914.18 |
| 3 | Disney Worldwide Shared Services Total POB 10120 Lake Buena Vista, FL 32830 | | business | Disputed | | | $75,719.39 |
| 4 | WFOR-TV CBS 8900 NW 18th Terrace Miami, FL 33172 | | business | Disputed | | | $53,171.66 |
| 5 | Bank of America 5568 P.O. Box 15796 Wilmington, DE 19886-5796 | | business credit card | | | | $45,973.98 |
| 6 | Amex Plat Post Office Box 0001 Los Angeles, CA 90096-0001 | | business credit card | | | | $45,919.28 |
| 7 | Highland Capital Corporation Robert Hornby, Esq. Chiesa, Shahinian, & Glantomasi P.C. (civil complaint LCV 2024615915) 105 Eisenhower Parkway Roseland, NJ 07068 | | Assignment of financing contract for the KOMO machine | Disputed | | | $45,067.18 |
| 8 | Manufacturing Financing Services Ste 10 10370 Slusher Dr. Santa Fe Springs, CA 90670 | 713-400-0369 | financing for KOMO (property returned to company) | Disputed | | | $45,067.18 |

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 150 of 212

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 West Coast Laminating POB 514670 Los Angeles, CA 90051-4670 | 510-732-3682 | business | | | | $45,067.18 |
| 10 Idea 247 Inc. Ste. 703 200 SE 1st St. Miami, FL 33131 | | business | Disputed | | | $41,785.58 |
| 11 Via Seating, Inc. PO Box 97461 Las Vegas, NV 89193-7461 | 800-433-6614 | business | | | | $41,159.12 |
| 12 Broadcasters General Store Total 2480 SE 52nd St Ocala, FL 34480 | | | Disputed | | | $39,296.92 |
| 13 Sara Dawson 901 Susan Way Novato, CA 94947 | 415-250-1343 | business | | | | $34,514.99 |
| 14 Marinship Self Storage, LLC 693 Second St East Sonoma, CA 95476 | 415-331-7867 | business | | | | $32,773.25 |
| 15 Family Research Council Total 801 G St. NW Washington, DC 20001 | | business | Disputed | | | $32,703.63 |
| 16 Chase 9380 PO Box 94014 Palatine, IL 60094-4014 | 800-537-7783 | business credit card | | | | $29,161.64 |
| 17 Komo Machine, Inc. Dept. 1688-01 Denver, CO 80291-1688 | | financing for KOMO (property returned to company) | Disputed | | | $28,000.00 |
| 18 Chase 3957 P.O. Box 94014 Palatine, IL 60094-4014 | | business credit card | | | | $27,604.41 |
| 19 Worldwide Express PO Box 101903 Pasadena, CA 91189 | 888-744-7244 | business | | | | $27,594.29 |
| 20 Futbol de Primera Total 2828 Coral Way Miami, FL 33145 | | business | Disputed | | | $23,325.97 |

Case: 24-30601    Doc# 1    Filed: 08/13/24    Entered: 08/13/24 18:45:06    Page 151 of 212

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of California

**In re**    Sausalito Craftworks Inc. d.b.a. Omnirax Furniture Company

Case No. _____

**Debtor**                                                        Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................    **$15,000.00**

Prior to the filing of this statement I have received ...................................................................    **$7,500.00**

Balance Due ..........................................................................................................................    **$7,500.00**

2.    _____**$1,738.00**_____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.    pre filing communications with some third parties

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Adversary actions or objections to claims

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**08/13/2024**                                           **/s/ Sheila Gropper Nelson**

*Date*                                                  Sheila Gropper Nelson
                                                        *Signature of Attorney*

                                                        Bar Number: 85031
                                                        Resolution Law Firm P. C.
                                                        50 Osgood Place 5th Fl. 500
                                                        San Francisco, CA 94133
                                                        Phone: (415) 362-2221

                                                        **Resolution Law Firm P. C.**
                                                        *Name of law firm*

---

Date:        **08/13/2024**                              **/s/ Philip Zittell**
                                                        ***Philip Zittell***

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

IN RE: **Sausalito Craftworks Inc. d.b.a.**                              CASE NO
         **Omnirax Furniture Company**

                                                                        CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____**08/13/2024**____      Signature _____**/s/ Philip Zittell**_____
                                                                Philip Zittell, President

5 Elements Group
870 College Ave
Kentfield, CA 94904


8020 Inc.
1701 South 400 E
Columbia City, IN 46725


A&R Cleaning
1200 2nd St, #1
Novato, CA 94945


A.J. Fasteners, Inc.
2800 East Miraloma Avenue
Anaheim, CA 92806


Aaron Brothers
Ste. 500
1221 S. Beltline Rd.
Coppell, TX 75019


Ace Hardware
180 Marrydale RD
San Rafael, CA 94903


ADOBE
345 Park Ave.
San Jose, CA 95110


ADT Commercial LLC
P.O. Box 219044
Kansas City, MO 64121-9044

Aerocargo Inc
PO Box 523474
Miami, FL 33152

AES Group Inc
4330 Redwood Hwy, Ste 100
San Rafael, CA 94903

Air Dale Compressors, Inc.
335 Barneveld Avenue
San Francisco, CA 94124-1319

AirBNB
888 Brannan St.
San Francisco, CA 94103

Alan Jewett
9630 Bruceville Rd, #106-109
Elk Grove, CA 95757

Alexis Keenan Video
POB 99255
Emeryville, CA 94662-9255

All Coast Fabrication
1320 NW 15th Ave
Pompano Beach, FL 33069

All Star Rents
501 Du Bois St.
San Rafael, CA 94901

**Allen Heating & Sheet Metal**
31 Industrial Way
Greenbrae, CA 94904

**Aludec USA**
PO Box 86
SDS 12-0709
Minneapolis, MN 55486-0709

**Amazon.com**
410 Terry Ave. N
Seattle, WA 98109

**American Machining LLC**
1240 Yard Court-J
San Jose, CA 95133

**American Office Furniture**
140 Industrial Way
Brisbane, CA 94005

**Amex 1000**
Box 0001
Los Angeles, CA 90096-0001

**Amex Plat**
Post Office Box 0001
Los Angeles, CA 90096-0001

**AmTrust-WC**
PO Box 5849
Cleveland, OH 44101-0849

Andre Shishkin
203 Lena Lane
Petaluma, CA 94952


Anthem Blue Cross
P.O. Box 54630
Los Angeles, CA 90054-0630


Apollo Caster
1500 Etna Avenue
Huntington, IN 46750


Apple Store
One Apple Parkway
Cupertino, CA 95014


Architectural Plastics, Inc.
1299 N. Mc Dowell Blvd.
Petaluma, CA 94954


Aroma Cafe
1122 4th St.
San Rafael, CA 94901


ASM Precision Inc
613 Martin Avenue, Ste 106
Rohnert Park, CA 94928


AT&T
PO BOX 5025
Carol Stream, IL 60197-5025

**B&H Vendor**
420 Ninth Avenue
New York, NY 10001

**Baja Fresh**
205 Corte Madera Town Center
Corte Madera, CA 94925

**Bank Direct**
PO Box 660448
Dallas, TX 75266-0448

**Bank of America 5568**
P.O. Box 15796
Wilmington, DE 19886-5796

**Bank of America 7011**
P.O. Box 15019
Wilmington, DE 19886-5019

**Bay Cities Refuse**
2525 Garden Tract Rd.
Richmond, CA 94801

**Bayphoto.com**
920 Disc Dr.
Scotts Valley, CA 95066

**Bayside Cafe**
1 Gate 6 Rd.
Sausalito, CA 94965

Bed Bath & Beyond
650 Libery Ave
Union, NJ 7083


Bellow Press
POB 25147
Sarasota, FL 34277


Bench Craft Company
16600 SW 72nd Ave. Ste 10
Portland, OR 97224-7594


Best Buy
PO Box 60504
City of Industry, CA 91716-0504


Better Vacuum Cups, Inc.
4195 Chino Hills Parkway, #448
Chino Hills, CA 91709


Beyers, Costin & Simon
Thomas Davenport, Esq.
200 4th Street Ste 400
Santa Rosa, CA 95401-8535


Bierson Corporation
386 Bateman Dr.
Central Point, OR 97502


Blue Mountain eCards
2905 Wilderness Place
Boulder, CO 80301

Blueprint Logistics LLC
171 College Ave
Sheley Rabbai
Holland, MI 49423


BNI By the Bay
146 Prospect Drive
San Rafael, CA 94901


Bob's Foam Factory
4055 Pestana Place
Fremont, CA 94538


BrandCrowd.com
Level 4, 2 Hill Street
Surry Hills 2010 Australia


Broadcasters General Store
Total
2480 SE 52nd St
Ocala, FL 34480


Business Network
International
1111 SE Federal Hghw
Stuart, FL 34994


Butler-Johnson Corporation
Ste. 130
2200 Zanker Rd.
San Jose, CA 95131


Byrne Electrical Specialists,
Inc.
320 Byrne Industrial Drive
Rockford, MI 49341

**CA DMV**
POB 942890
Sacramento, CA 94290

**CA EDD**
POB 826276
Sacramento, CA 94230-6276

**CableOrganizer.com**
520 Lafayette Rd.
Sparta, NJ 7871

**CalChamber**
POB 398342
San Francisco, CA 94139-8342

**Calendars.com**
6411 Burleson Rd
c/o go retail group
Austin, TX 78744

**California Chair**
2841 Grand Ave.
c/o CoMotion LLC Company
Ventura, CA 93003

**California Department Tax & Fee Administration**
Collection Support Bureau-Bankruptcy
Team MIC-74
POB 942879
CA 94279-0074

**CalSavers**
POB 55759
Boston, MA 02205-5759

Can Capital
2015 Vaughn Rd, NW, Bldg 500
c/o Can Capital
Kennesaw, GA 30144

Car Rentals.com
111 Expedia Group Way W.
Seattle, WA 98119

Cardone Training
Technologies Inc
18909 NE 29th Ave
Aventura, FL 33180

Carlos Aguilar { Vendor}
1662 Sequioia
Petaluma, CA 94954

Cazzaniga Design
27 Villa Vista Court
Novato, CA 94947

CED, Inc.
60 Golden Gate Drive
San Rafael, CA 94901

Central Time Clock Inc
523 50th Ave.
Long Island City, NY 11101

CertifyMe.Net
720 E. Flynn
Phoenix, AZ 85012

CF Group
810 W. Hwy 25/70
Newport, TN 37821


CG River Inc.
14271 Jeffrey Rd. #351
Irvine, CA 92620


Charles McMurray Co
PO Box 569
Fresno, CA 93709


Charter Industries Extrusions,
Inc.
3900 S Greenbrooke Dr SE
Kentwood, MI 49512


Chase 3957
P.O. Box 94014
Palatine, IL 60094-4014


Chase 9380
PO Box 94014
Palatine, IL 60094-4014


Cherryman Industries LLC
13611 Jurupa Ave
Fontana, CA 92337


CIM-Tech, Inc. {vendor}
7512 Dr. Phillips Blvd, Ste 50-859
Orlando, FL 32819

Citi Cards
PO Box 78045
Phoenix, AZ 85062-8045

City of Sausalito
420 Litho St
Sausalito, CA 94965

Clair Global Integration LLC
Total
POB 396
Lititz, PA 17543

Claire Hurwitz
7 Nova Lane
Novato, CA 94945

Clinton Polley Insurance
Brokers Inc
12150 Tributary Point Drive, Ste 200
Gold River, CA 95670

Comcast
P.O. Box 34744
Seattle, WA 98124-1744

Commercial Recovery Inc.
Commercial Recovery Inc.
POB 3111
Rohnert Park, CA 94927-3111

Compel
7540 Roosevelt Rd
Forest Park, IL 60130

Conner Construction, Inc.
522 5th St
Petaluma, CA 94953

Container Consulting Service,
Inc.
455 Mayock Road
Gilroy, CA 95020

Copita Tequileria
739 Bridgeway
Sausalito, CA 94965

Corey Padnos
12 Arboleda Circle
Fairfax, CA 94930

Cor-O-Van Moving & Storage
Co.
PO Box 840778
Los Angeles, CA 90084-0778

Corporate Interior Solutions
25546 Seaboard Lane
c/o Jesus Silva
Hayward, CA 94545

Costco
300 Vintage Way
Novato, CA 94945

Covered California
PO Box 740167
Los Angeles, CA 90074-0167

**Craigslist**
San Francisco, CA 94122-5159
San Francisco, CA 94122-5159

**Creative Safety Supply LLC**
8030 SW Nimbus Ave
Beaverton, OR 97008

**Crucial.com**
3475 E. Commercial Ct.
Meridian, ID 83642

**CT Promotions**
506 Fairway Drive
Novato, CA 94949

**Cumulus Media, Inc.**
Suite 2200
3280 Peachtree Rd
Atlanta, GA 30305

**Custom Coasters Now**
Ste. 200
400 Greenbriar Dr.
Stafford, TX 77477

**Dan Augusto**
926 Grant Ave, #118
Surefire Locates/Plumbing LLC
Novato, CA 94945

**Danair, Inc.**
PO Box 2577
Elko, NV 89803-2577

Darios Restaurant
2829 Bridgeway
Sausalito, CA 94965

David Holland
3 Magee Court
Moraga, CA 94556

David Holland
3 Magee Court
Moraga, CA 94556

David Pease
P.O. Box 751560
Petaluma, CA 94975

David Romero Fuentes
{Vendor}
1097 Simmons Ln
Novato, CA 94945

Deborah H. Murray
204 Ellsworth St
Bridgeport, CT 6605

Deliveright.com
176 Lfi Complex Lane
Lexington, NC 27295

Dell, Inc.
POB 5275
Carol Stream, IL 60197-5275

Deluxe
P.O. Box 742572
Cincinnati, OH 45274-2572

DeMartini & Walker, LLP
175 N. Redwood Drive, Ste 250
San Rafael, CA 94903

DemeTech Corp
5980 Miami Lakes Dr
Miami Lakes, FL 3301

Detroit Nameplate Etching Co
10610 Galaxie
Ferndale, MI 48220

DHL Global Forwarding
PO BOX 742802
Los Angeles, CA 90074-2802

Dia North Productions
336 Bon Air Ctr, #316
Greenbrae, CA 94904

Discount Plastic Bags
Ste 120-151
7750 North MacArthur Blvd
Irving, TX 75063

Discount Tire
1515 Sonoma Blvd.
Vallejo, CA 94590

Disney Worldwide Shared
Services Total
POB 10120
Lake Buena Vista, FL 32830

DMS-South/Bailey Tool LLC
PO Box 1148
Lancaster, TX 75146

DMV Pull
PO Box 825339
Sacramento, CA 94232-5339

DMV Renewal
PO Box 942897
Sacramento, CA 94297-0897

Dotcom Computers Inc.
220 Paramount Dr. #1
Raynham, MA 2767

Doug Mockett & Company,
Inc.
P.O. box 3333
Manhattan Beach, CA 90266

Douglas Clark {Vendor}
405 Sequoia Dr
San Anselmo, CA 94960

Douglas Corporation
9650 Valley View Road
Eden Prairie, MN 55344-3507

Downing Heating & Air
Conditioning
31 Industrial Way
Greenbrae, CA 94904


DropBox.com
1800 Owens St
San Francisco, CA 94158


eBay
2025 Hamilton Ave
San Jose, CA 95125


Ecolab Inc.
PO Box 100512
Pasadena, CA 91189-0512


EDD
P.O. Box 826276
P.O. Box 826276
Sacramento, CA 94230-6276


Eddie Friedman
1670 Rugby Rd
Schenectady, NY 12309


Edwin Gutierrez
Apt 28
1348 Yukon Way
Novato, CA 94947


Edwin Rodriguez { Vendor }
Apt 33
2985 McKenzie Dr.
Richmond, CA 94806

Electronics Plus
823 4th St
San Rafael, CA 94901

Emergencykits.com
775 Cochran St. Ste. F
Simi Valley, CA 93065

Energy Management
Technologies
28310-D Industrial Blvd
Hayward, CA 94545

EnerSys, Inc.
1604 Solutions Center
Chicago, IL 60677-1006

ESP Exotic and Specialty
Products
2344 Marinship Way
Sausalito, CA 94965

ExhibitIndexes.com
PO Box 567
Hopewell, NJ 8525

Exostar
Ste 600
2325 Dulles Corner Blvd.
Herndon, VA 20171

Express Services, Inc.
PO Box 844277
Los Angeles, CA 90084-4277

Factory Outlet Store LLC
1407 Broadway Ste 700
New York, NY 10018-3299

Family Research Council Total
801 G St. NW
Washington, DC 20001

Fastsigns
625-C Du Bois St
Matt Madrigali
San Rafael, CA 94901

Federal Express
P.O. Box 7221
Pasadena, CA 91109-7321

FedEx Freight
P.O. Box 21415
Dept LA
Pasadena, CA 91185-1415

FedEx Office
P.O. Box 672085
Dallas, TX 75267

Ferguson Enterprises
12500 Jefferson Ave
Newport News, VA 23606

Fernando's Auto Repair
35 Medway Road
San Rafael, CA 94901

**Fire King**
PO Box 1122
Novato, CA 94948

**Fire Supply Depot**
8750 E Speedway Blvd #210
Tucson, AZ 85710

**Fiserv**
POB 2394
Omaha, NE 68103-2394

**Fiserv**
PO Box 2394
Omaha, NE 68103-2394

**Fitness Super Store**
727 Franscisco Blvd E
San Rafael, CA 94901

**Five Star Office Installations Inc**
20714 Dairy Ave
Lester Prairie, MN 55354

**Fiverr**
Tel Aviv 6473409
8 Kaplan Street
Israel

**Flashbay, Inc.**
Unit 500
569 Clyde Avenue
Mountain View, CA 94043

**Flywheel**
Suite 300
1801 Porter Street
Baltimore, MD 21230

**Fonts.com**
600 Unicorn Park Dr.
Woburn, MA 1801

**Forward Push Media**
4426 Hugh Howell Rd
Marc Apple
Tucker, GA 30084

**Freeman**
6555 West Sunset Rd
Las Vegas, NV 89118

**Friant & Associates LLC**
PO Box 2037
San Leandro, CA 94577

**Friedman's Home Improvement**
Ste 100
1385 N. McDowell Blvd
Petaluma, CA 94954

**Front End Audio Total**
Ste. G
130 Hunter Village Dr.
Irmo, SC 29063

**Fry's Electronics Inc**
600 E. Brokaw Rd.
San Jose, CA 95112-1006

**Fulterer USA Inc.**
542 Townsend Avenue
High Point, NC 27263

**Fundation**
Ste.100
11501 Sunset Hills Road
Reston, VA 20190

**Futbol de Primera Total**
2828 Coral Way
Miami, FL 33145

**Future US Inc**
LA Box 22418
Dept Future
Pasadena, CA 91185-2418

**Futurecast Finance**
1770 Post St, #190
Diane Frernald
San Francisco, CA 94115

**Gary Newman Design**
2447 Burnside Road
Sebastopol, CA 95472

**Gateway Customs Brokers**
1555 Venetian Blvd, Ste 1
Point Edward, Ontario CanadaN7T0A9

**GB Collections LLC (for Pennsylvania Lumbermans Insurance)**
123 Huddonfield Berlin Road
Voorhees, NJ 08043-4847

GCI Inc
875 Battery St, Flr 1
San Francisco, CA 94111

Gibraltar Inc
421 N. Centennial St
Zeeland, MI 49464

Gift Tree
Ste 120-B
1800 W. 4th Plain Blvd.
Vancouver, WA 98660

Global Industrial.com
29833 Network Place
Chicago, IL 60673-1298

Globaltranz Enterprises, LLC
PO Box 203285
Dallas, TX 75320

GoDaddy
2155 E. GoDaddy Way
Tempe, AZ

Goodman Building Supply
775 Redwood Highway
Mill Valley, CA 94941

Google
1600 Amphitheatre
Mountain View, CA

GoToMeeting
333 Summer Street 5th Fl
Boston, MA 2210


Grainger
DEPT. 810133645
Palatine, IL 60038-0001


Great Lakes Custom Tool
Mfg., Inc.
PO Box 152
Peshtigo, WI 54157


Great Openings
PO Box 30516
Dept. for Lockbox: 9521-11
Lansing, MI 48909-8016


Green With Envy
70 Chalda Court
San Rafael, CA 94903


Grohe Florist
4745 Old Redwood Hwy
Santa Rosa, CA 95403


GTI SPindle Technology, Inc.
33 Zachary Road
Manchester, NH 3109


Hafele America Co.
PO Box 890779
Charlotte, NC 28289-0779

**Harbor Drive Associates**
707 C St
San Rafael, CA 94901

**Harbor Freight Tools**
2001 Solano Ave
Vallejo, CA 94590

**Hardware Concepts, Inc.**
3758 NW 54th St
Miami, FL 33142

**Hardwoods USLP**
PO Box 741685
Los Angeles, CA 90074-1685

**Harry & David**
2500 S. Pacific Hghwy
Medford, OR 97501-2675

**Hartford, The**
PO Box 913385
Denver, CO 90291-3385

**HAT Contract**
L-4276
Columbus, OH 43260-4276

**Highland Capital Corporation**
Robert Hornby, Esq.
Chiesa, Shahinian, & Glantomasi P.C.
(civil complaint LCV 2024615915)
105 Eisenhower Parkway
Roseland, NJ 07068

Holiday Inn Express
5655 Willmington Pike
Centerville, OH 45459


Home Depot
111 Shorline Parkway
San Rafael, CA 94901


Hon Accessories
200 Oak Street
Muscatine, IL 52761


Hurley Moving & Storage, Inc.
5816 NW Burney St
Port Saint Lucie, FL 34986


Hydraulic Electro Service
9910 Edes Ave
Oakland, CA 94603


id8 {Vendor}
30 South Park Square, Ste 201
DBA: id8
Marietta, GA 30060


Idea 247 Inc.
Ste. 703
200 SE 1st St.
Miami, FL 33131


Impact Partnership Total
100 Impact Circle
Pinemountain, GA 31822

Impekk
3500 de Maisonneuve w, Ste #1510
Montreal QuebecH3Z 3C1

IN Office Furniture Inc
PO Box 230967
Tigard, OR 97281

In Stock Labels.com
3789 S. 300 W
Salt Lake City, UT 84115

Innovative Office Products
LLC
100 Kuebler Road
Attn: Customer Service
Easton, PA 18040

Inside Source
PO Box 45228
San Francisco, CA 94145-0228

Internal Revenue Service
Ogden, UT 84201-0039
Ogden, UT 84201-0039

Internal Revenue Service
Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Intuit
22 4th Street
San Francisco, CA 94103

**Iowa Public Radio Total**
Suite 100
2111 Grand Ave.
Des Moines, IA 50312

**iRay3D**
2660 Fairmont Isle Circle
Richard Yarlett
Cape Coral, FL 33991

**Itin Scale Company, Inc**
4802 Glenwood Rd
Brooklyn, NY 11234

**iTunes**
Apple Park
c/o Apple
Cupertino, CA

**Jackson's Hardware, Inc.**
62 Woodland Ave
San Rafael, CA 94901

**Jana Rosenblatt**
17608 Kinigsbury St
Granada Hills, CA 91344

**Jasmine Florist**
116 Buchanan Dr
Sausalito, CA 94965

**Jim Murphy**
15 Azalea Ave
Fairfax, CA 94930

Jo-Ann Fabric
245 Tamal Vista Blvd
Corte Madera, CA 94925-1110

Jonathan Hilton
2221 Oregon St
Berkeley, CA 94705

Jordan Creative
448 Ignacio Blvd, #116
Novato, CA 94949

Joseph Electronics
6633 W Howard St
Niles, IL 60714

K.I.N.D. Fund
1201 L St NW Floor 2
Washington, DC 20005

Kaeser Compressors Inc
PO Box 946
Fredericksburg, VA 22404

Kapitus
2500 Wilson Blvd. #350
Arlington, VA 22201

Kathey Pear
888 Terrace Circle North
Boulder, CO 80304

Katie Anderson
2059 Market St, #18
San Francisco, CA 94114

Keller, Sloan, Roman &
Holland, LLP
555 Montgomery St
San Francisco, CA 94111

Kelly Spicers Inc (File
741227)
1515 Alvarado St.
Fremont, CA 94577

Kiki Sutton
1 Gateview Court
San Francisco, CA 94116-1941

Komo Machine, Inc.
Dept. 1688-01
Denver, CO 80291-1688

Kyocera Document Solutions
1269 Corporate Center Pkwy
Santa Rosa, CA 95407

Lamps Plus
20244 Plummer St
Chatsworth, CA 91311

Landcasters, Inc.
5959 Smithway Street
Los Angeles, CA 90040

**Lands' End Business**
6 Lands End Lane
Dodgeville, WI 53533

**LDK Strapping Services**
PO Box 7039
Woodland Hills, CA 91365

**Leanin' Tree**
6055 Longbow Dr.
Boulder, CO 80301

**Lee Valley**
4995 Aircenter Circle, Unit 104
Reno, NV 89502-7922

**Leitz Tooling Systems LP**
PO Box 771888
Detroit, MI 48277-1888

**Lesro Industries, Inc.**
1 Griffin Rd South
Bloomfield, CT 6002

**LetsOnGo.com**
429 Lenox Ave Ste 100
Miami Beach, FL 33139

**Linak U.S. Inc.**
2200 Stanley Gault Parkway
Louisville, KY 40223

Linc Systems
16540 Southpark Drive
Westfield, IN 46074


LinkedIn
1000 W. Maude Ave
Sunnyvale, CA 94085


LLT
PO Box 945837
Atlanta, GA 30394-5837


Lola's
110 Main St.
Belvedere, CA 94920


Lowe's Home Center, Inc.
401 Columbus Parkway
Vallejo, CA 94591


MacMurray Pacific
PO Box 742553
Los Angeles, CA 90074-2553


Magnetic Mind {Vendor}
1229 Plumleigh Lane
C/O Michael Liebowitz
Concord, CA 94521


Mailchimp
675 Ponce de Leon Ave nE
c/o The Rocket Science Group, LLC
Atlanta, GA 30308

Manuel Ventura { Vendor }
Apt 10
6930 Commerce Blvd
Richmond, CA 94928

Manufacturing Financing
Services
Ste 10
10370 Slusher Dr.
Santa Fe Springs, CA 90670

Marin County Tax Collector
PO Box 4220 Admin Bldg, Civic Center
San Rafael, CA 94913-4220

Marinship Self Storage, LLC
693 Second St East
Sonoma, CA 95476

Marketec { Vendor }
Suite #J-15
928 N. San Fernando Blvd
Burbank, CA 91504

Martin Sign Co, Inc.
1455 Yosemite Ave
San Francisco, CA 94124

Mary Small Photography
108 Caledonia St, Ste D
Sausalito, CA 94965

Mass Mutual
1010 B Street
Attn: Andrew Zittell
San Rafael, CA 94901

MBS Standoffs
6420 Benjamin Rd
Tampa, FL 33634

McMaster-Carr Supply
Company
P.O. Box 7690
Chicago, IL 60680-7690

MCSSM LLC
1875 Olympic Blvd., Ste 130
Walnut Creek, CA 94596

Medicare Premium Collection
Center
P.O. Box 790355
St. Louis, MO 63179-0355

MegaDeals-usa inc
14532 Ventura Blvd
Sherman Oaks, CA 91403

Mercedes-Benz Financial
Services
PO Box 5209
Carol Stream, IL 60197-5209

Merge Works { Vendor}
Suite 101
1732 Universal City Blvd
Universal City, TX 78148

Metal Fx
200 N Lenore Ave
Willits, CA 95490

**MetLife Insurance Company**
P.O. Box 14593
Lexington, KY 40512-4593

**MGM Grand**
799 S Las Vegas Blvd
Las Vegas, NV 89109

**Microsoft Corporation**
One Microsoft Way
Redmond, WA 98052

**Midwest**
PO Box 9560
Springfield, IL 62791-9560

**Mike Cashen Total**
Unit 302
2121 26th St.
San Francisco, CA 94107

**Mindspark Branding**
1901 Coleman Drive
C/O Brynn Breuner
Reno, NV 89503

**Mode-AL Ltd**
Uxbridge
Unit 32 Riverside Way
UB8 2YF -Middlesex England

**Mojodesk.com**
8207 Southpark Cir.
Littleton, CO 80120

Montage LLC

249 Main Ave S, Ste 107, PMB #184

DBA: Montage

North Bend, WA 98045


Monument Auto Parts

4287 SONAMA BLVD.

VALLEJO, CA 94589


MoonDance Painting

840 Piner Rd, #15

Santa Rosa, CA 95403


Mouser Electronics Inc.

PO Box 99319

Fort Worth, TX 76199-0319


Moving Mountain Logistics, Inc.

901 Susan Way

Novato, CA 94947


Mueller Glass

3817 Redwood Highway

San Rafael, CA 94903


MultiPure

7251 W Cathedral Rock Dr

Las Vegas, NV 89128


Mutual Screw & Supply

68 West Passaic St

Rochelle Park, NJ 7662

**MX Logistics**
45 Fernwood Avenue
Edison, NJ 8837

**NAB**
The 2020 NAB Show
Washington, DC 20042-4031

**NAMM**
5790 Armada Drive
Carlsbad, CA 92008

**National Blinds & Flooring**
778 Brannan St
San Francisco, CA 94103

**National Relocation Services Inc**
2671 Pomona Blvd
Pomona, CA 91768

**National Wood Producst Inc**
PO Box 65599
Salt Lake City, UT 84165

**Nautilus Insurance**
7233 E Butherus Dr.
Scottsdale, AZ 85260

**Nelson**
PO Box 49195
San Jose, CA 95161-9195

**New Horizons**
Suite 408
100 Four Falls Corp Center
West Conshohocken, PA 19428

**NewBay Media LLC**
15th Floor
11 West 42nd St
New York, NY 10036

**NewEgg.com Inc.**
17560 Rowland St
Hacienda Heights, CA 91745

**Next Acoustics**
Ste. 201
123 Columbia Court North
Chaska, MN 53318

**Nordstrom**
1600 7th Ave #2500
Seattle, WA 98101

**North Bay Business Journal**
416 B St
Santa Rosa, CA 95401

**North Bay Home Theater, Inc.**
PO Box 178
Petaluma, CA 94953

**North Bay Overhead Doors**
PO Box 6887
San Rafael, CA 94903

**Northbay Handyman**
31 Pamaron Way, Ste C
Novato, CA 94949

**Northbay Mechanical Inc**
261 Monte Vista Lane
Christi Scott
Petaluma, CA 94952

**Northgate Florist**
4460 Redwood Hghwy
San Rafael, CA 94903

**Northstar Location Services LLC**
4285 Genesee St
Buffalo, NY 14225-1943

**Northwest Refinishing, LLC**
9528 SW Tigard St
Tigard, OR 97223

**Novatech**
19665 Descartes
Foothill Ranch, CA 92610

**Novato Self Storage**
1535 Grant Ave.
1535 Grant Ave.
Novato, CA 94945

**Now CFO, LLC**
5251 S. Green St, Ste 350
Murray, UT 84123

OC White Company, Inc.
PO Box 644
Thorndike, MA 1079


Oeveo
Ste A
710 E Catawba St
Belomont, NC 28012


Office Depot, Inc.
P.O. Box 70025
Los Angeles, CA 90074-0025


Ohava Computers Inc.
1 Newell Ct
East Palo Alto, CA 94303


Olander Company, Inc.
144 Commercial St
Sunnyvale, CA 94086


OMG Digital Media Solutions
Total
POB 50274
Minneapolis, MN 55405


OMLAT SPA USA, LLC
1335 East Industiral Drive
Itasca, IL 60143


OMT Veyhl
11511 James St
Holland, MI 49424

Oneida Air Systems
1001 W Fayette St
Syracuse, NY 13204

Optima Scale Manufacturing
Inc
9030 Bridgeport Place
Rancho Cucamonga, CA 91730

Orbitz
Ste. 1000
500 W. Madison St.
Chicago, IL 60661

Osh Hardware
1550 Canyon Rd
Moraga, CA 94556

Outwater Plastics Inc.
4720 West Van Buren
Phoenix, AZ 85043

Oz Catering
706 Via Casitas
Idit Oz
Greenbrae, CA 94904

Paper Source
125 S. Clark St. 15th Fl
The National Building
Chicago, IL 60603

Papyrus
500 Chadbourne Rd
Fairfield, CA 94534

Penn Elcom
232 West Parkway
Pompton Plains, NJ 7444


Philip Zittell
POB 1832
Sausalito, CA 94966


Philip Zittell
POB 1832
Sausalito, CA 94966-1792


Pinterest
651 Brannan St. #310
San Francisco, CA 94107


Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874


PLM Insurance Companies
PO Box 826558
Philadelphia, PA 19182-6558


Point Reyes Light
PO Box 210
Pt. Reyes Station, CA 94956


Poster Compliance
PO Box 188
Hopkinton, MA 1748

**Principal Life Insurance Co**
PO Box 77202
Minneapolis, MN 55480-7200

**Pro Audio LA Total**
1506 Railroad St.
Glendale, CA 91204

**PS Print**
2861 Mandela Parkway
Oakland, CA 94608

**Quintessa Morris**
901 Susan Way
Novato, CA 94947

**R&L Carriers**
PO Box 10020
Port William, OH 45164-2000

**R.M. Smith Associates**
10920B Crown Colony
Austin, TX 78747

**RAB Motors Finance**
540 Francisco Blvd West
San Rafael, CA 94901

**Radio Kushapetsheken Total**
100 Rue Montagnais
Maliotenam, Quebec, CANADAG4R4K2

Rafael Lumber
930 Anderson Dr
San Rafael, CA 94901

Red Clover Advisors, LLC
4780 Ashford Dunwo
Atlanta, GA 30338

RedHawk c/o Caine & Weber
Division of ADT
338 Harris Hill Rd. #206
Buffalo, NY 14221

Resolution Law Firm P. C.
50 Osgood Place 5th Fl. 500
San Francisco, CA 94133

RFM
619 SW Wood St
Hillsboro, OR 97123

Richelieu America LTD
7021 Sterling Ponds Blvd
Sterling Heights, MI 48312-5809

Rip-Tie, Inc.
P O Box 549
San Leandro, CA 94577

RiteAid
1200 Intrepid Ave 2nd fl.
Philadelphia, PA 19112

Robert F. Chapman, Inc.
43100 Exchange Place
Lancaster, CA 93535


Robert M. Chilvers
83 Vista Marin Drive
San Rafael, CA 94903


Rocket Lawyer
182 Howard St.
San Francisco, CA 94105


Royal Coach Carwash
990 E. Francisco Blvd
San Rafael, CA 94901


Roy's Sewer Service, Inc.
PO Box 763
Novato, CA 94948


RSI Systems Furniture
235 S 56th St
Chandler, AZ 85226


RTIC
3900 Peek Rd.
Katy, TX 77449


Run Right
2379 Bryant St
San Francisco, CA 94110

Rustic Bakery
2017 Larkspur Landing
Larkspur, CA 94939


S.D. MAYER
235 Montgomery St. 26th Fl
San Francisco, CA 94104


Salesforce
Salesforce Tower
San Francisco, CA


Sam Lee
185 Merced Ave.
San Francisco, CA 94127


Santoni
20322 Windrow Dr, #200
Lake Forest, CA 92630


Sara Dawson
901 Susan Way
Novato, CA 94947


Seifer,Murken, Despina,
James & Teichman
2135 Lombard Street
San Francisco, CA 94123


Shapes Unlimited, Inc.
N8995 Pine Street
P.O. Box 165
Nichols, WI 54152

Shell
150 N. Dairy Ashford Rd
Houston, TX 77079

Shopcarts USA
5525 SW Randolph
Topeka, KS 66609

Shopify Inc
151 O'Connor St., Ground Floor
OttawaK2P 2L8

Shred Works, Inc.
455 Hight Street
Oakland, CA 94601

Shutterstock, Inc.
350 Fifth Avenue, 21st Floor
New York, NY 10118

Signal Systems, Inc.
2210 4th Ave South
Minneapolis, MN 55404

Silver Harbour DMM
523 White Birch Lane
Windsor, CA 95492

Sloat Garden Center
657 E. Blithdale
Mill Valley, CA 94941

Small Business
Administration
14925 Kingsport Rd
Fort Worth, TX 76155


Soma Ergonomics, Inc.
Ste A
2216 Cedarvale Dr
Ceres, CA 95307


Sonic.net, Inc.
2260 Apollo Way
Santa Rosa, CA 95407


Southwest Airlines
[POB 36611]
2702 Love Field Dr.
Dallas, TX 75235


SpaceCo
17650 E 32nd Place, Ste 10A
Aurora, CO 80011


Specialty Tools.com
PO Box 600696
Jacksonville, FL 32259


Spectrum Financial
Management Total
Ste. 305
899 Northgate Dr.
San Rafael, CA 94903


Squash and Stretch
Productions
512 Lagrange Lane
Squash and Stretch Productions
Livermore, CA 94550

Stafast Products, Inc
Dept. 781796
Painesville, OH 44077

Staples
500 Staples Dr.
Framingham, MA 1702

Sterling Health
1000 Broadway, Ste #250
Oakland, CA 94607

Stieg Electric
309 E Street
Petaluma, CA 94952

StockCap
111 Manufacturers Dr.
Arnold, MO 63010

Stockton Tri Industries Inc
PO Box 6097
Stockton, CA 95206

Sunrise Credit Services Inc.
POB
POB 9004
Melville, NY 11747-9004

SuperLove Cookies and Gifts
38 Madera Blvd
Sephanie Rach
Corte Madera, CA 94925

Supply House
130 Spagnoli Rd
Melville, NY 11747

Surplus Tek Inc
3429 Freedom Park Dr, Ste 31
North Highlands, CA 95660

SWRCB
PO Box 1977
Storm Water Section
Sacramento, CA 95812-1977

Tahsia Friedman
1670 Rugby Road
Schenectady, NY 12309

Tam Tool Rentals
240 Shorline Hwy
Mill Valley, CA 94941

TAP Plastics, Inc.
900 Andersen Drive
San Rafael, CA 94901

Target
1000 Micollet Mall
Minneapolis, MN 55403

TAWI USA, Inc
380 International Drive, Ste A
Bolingbrook, IL 60440

TCA Communications
505 14th St.
Oakland, CA 94612

Techflex, Inc.
104 Demarest Rd
Sparta, NJ 7871

TechSmith (Campasia is their product)
14 Crescent Road
East Lansing, MI 48823

Teco Technology
1069 Serpentine Lane
Pleasanton, CA 94566

The Counter
9311 East Via de Ventura
Scottsdale, AZ 85258

Thierry Duplenne
P.O. Box 683
Guerneville, CA 95446

Time System USA
17932 Fraley Blvd #100
Dumfries, VA 22026

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Tobias Newman Studio LLC
236 Moore Street #403
Brooklyn, NY 11206


Total Plastics, Inc.
PO Box 645490
Pittsburgh, PA 15264-5252


Tower Products Inc Total
POB 397
Saugerties, NY 12477


Trader Joe's
800 S. Shamrock Ave
Monrovia, CA 91016


Transbay
2018 4th St
San Rafael, CA 94901


Two Neat
111 Throckmorton Ave
Mill Valley, CA 94941


U.S. Postal Service
150 Harbor Dr
Attn: Postmaster
Sausalito, CA 94965


U.S.Bank
POB 79048

U-Haul of San Rafael
1205 Francisco Blvd, E.
San Rafael, CA 94901


UHC - AARP
PO Box 5840
Carol Stream, IL 60197-5840


Unisource Shipping, Inc.
4711 Fort Hamilton Pkwy
Brooklyn, NY 11219


United Healthcare
PO Box 79041
City of Industry, CA 91716-9041


United Parcel Service
P.O. Box 650116
Dallas, TX 75265-0116


UpdraftPlus
Caerphilly Business Park
Welsh Ice Britannia House
Caerphilly, Wales, UKCF83 3GG


Upwork Global Inc
475 Brannan St, Ste 430
San Francisco, CA 94107


Urban Farmer Store
653 E. Blithedale
Mill Valley, CA 94941

Uship
205 Brazos St
Austin, TX 78701

Vaculex USA, LLC
605 Philip Davis Dr, Ste 1
Charlotte, NC 28217

Van Bebber Bros., Inc.
P.O. Box 760
Petaluma, CA 94953

Variux Inc
Ste 230-360
3600 Dallas Hwy
Marietta, GA 30064

Veritext New York Reporting
Co.
PO Box 71303
Chicago, IL 60694-1303

Via Seating, Inc.
PO Box 97461
Las Vegas, NV 89193-7461

Vortex Tool Company, Inc.
5605 East Jelinek Ave
Schofield, WI 54476

Walgreens
151 E. 3rd Street
San Mateo, CA 94401

Walmart
702 S.W. 8th St.
Bentonville, AR 72716

Walton's Saw Works
44 Woodland Avenue
San Rafael, CA 94901

Waterstreet Company
318 Caledonia
Sausalito, CA 94965

Wayfair.com
4 COPLEY PLACE
BOSTON, MA 2116

Weber Knapp Company
411 Chandller St.
Jamestown, NY 14701

West Coast Laminating
POB 514670
Los Angeles, CA 90051-4670

Westamerica Bank
POB 1200
Suisun City, CA 94585-1200

Western Dovetail, Inc.
P.O. Box 1592
Vallejo, CA 94592

## Westwood One Inc Total

Ste. 2300
3280 Peachtree Rd. NW
Atlanta, GA 30305

## WFOR-TV CBS

8900 NW 18th Terrace
Miami, FL 33172

## Whole Foods

550 Bowie St.
Austin, TX 78703

## Willis Supply Corp.

Dept LA 23368
Pasadena, CA 91185-3368

## WineRacks.com

PO Box 67
High Falls, NY

## Winnercomm Inc Total

#201
4500 S 129th Ave.
Tulsa, OK 74134

## Wondershare (WONBO)

254 Des Voeux Rd
Flat 901 9/F Fincance Bldg
Central HONG KONG999077

## Wonderstone

1542 East Victory St, Ste 1
Phoenix, AZ 85040

Woodlands Pet Food & Treats
296 BonAir Centre
Greenbrae, CA 94904


Workrite Ergonomics
PO Box 741346
Los Angeles, CA 90074-1346


Worldwide Express
PO Box 101903
Pasadena, CA 91189


Wurth Louis & Company
P.O. Box 2253
Brea, CA 92822-2253


YELLOWTEC USA
3630 Tivola Street
Jeff K Williams
Santa Ynez, CA 93460


YRC
P.O. Box 100129
Pasadena, CA 91189-0129


Zarren Consulting
1717 Novato Blvd, #28
Novato, CA 94947


Zazzle
1800 Seaport Blvd
Redwood City, CA 94063

## Zealoushacker, Inc.

1335 US Highway 285 N
Monte Vista, CO 81144

## Zed-Systems

Sydney New South Wales 2039
21 Callan Street
Australia

## Zoom

55 N. Almaden Blvd 6th Fl
San Jose, CA 95113